1   CARLSMITH BALL LLP
    Carlsmith Building, Capitol Hill
2   P.O. Box 5241
    Saipan, MP 96950-5241
3   Tel No. 670.322.3455

4   Attorneys for Defendant
    Maeda Pacific Corporation
5

6

7                                                   AUG 11 2005

8              UNITED STATES DISTRICT COURT For The Northern Mariana Islands
                                                By_____
9                          FOR THE                      (Deputy Clerk)

10                  NORTHERN MARIANA ISLANDS

11   TOSHIHIRO TAKAHASHI,              CIVIL ACTION NO. CV 05 0026

12                  Plaintiff,
     vs.
13                                     **CERTIFICATE OF SERVICE**

     MAEDA PACIFIC CORPORATION,
14
                    Defendant.
15

16          I , John D. Osborn, attorney for remaining party Maeda Pacific Corporation, certify that

17   on August 10, 2005, I caused to be filed a true copy of the Notice of Filing Notice of Removal,

18   together with a copy of the Notice of Removal, in the office of the Clerk of Court, Superior

19   Court of the Commonwealth of the Northern Mariana Islands at Guma Hustisia, Susupe, Saipan,

20
     Commonwealth of the Northern Mariana Islands.
21

22          Further that I caused a copy of such Notice of Removal to be served on Victorino DLG

23   Torres, Torres Brothers LLC, attorneys for Plaintiff.

24                                     CARLSMITH BALL LLP

25

26   DATED: Saipan, MP, August 10, 2005.    By _____
                                               JOHN D. OSBORN, F0172,
27                                             Attorneys for Defendant
                                               Maeda Pacific Corporation
28

     4831-3720-4992.1.000JDO-00001