1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

FILED
Clerk
District Court

AUG 11 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>         Plaintiff,<br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>         Defendant. | CIVIL ACTION NO. CV 05 0026<br><br>**CERTIFICATE OF SERVICE** |

I hereby certifiy that on August 10, 2005 an original of the Notice of Removal with attached Exhibits was filed with the Clerk of Court of the Superior Court of the Commonwealth of the Northern Mariana Islands. I further certify that on August 10, 2005, a copy of same was served by hand delivery upon the following counsel of record:

   Victorino DLG. Torres
   Torres Brothers LLC
   Bank of Guam Building, Third Floor
   Garapan, Saipan

DATED: Saipan, MP, August 10, 2005.          By _____
                                                 ALFRED C. SANTOS

4819-7957-7088.1.000JDO-00001