FILED
Clerk
District Court

AUG 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP  96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

5

6

7

8                    UNITED STATES DISTRICT COURT

9                            FOR THE

10                   NORTHERN MARIANA ISLANDS

11

12

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

19         Comes now counsel for the parties and subject to the Court's approval, stipulate

20  pursuant to FRCP 33(a) that each party may serve upon the other party written interrogatories

21  not to exceed fifty (50) in number, including all discreet subparts to be answered by the party

22  served.

23         IT IS SO STIPULATED.

24  DATED: Saipan, MP, August 19 , 2005   CARLSMITH BALL LLP

25

26                                        [signature]

27                                        JOHN D. OSBORN
                                          Attorneys for Defendant
28                                        Maeda Pacific Corporation

4817-2569-0880.1.058671-00001

TORRES BROTHERS LLC

DATED: Saipan, MP, August 22nd, 2005

Victorino DLG Torres
Attorney for Plaintiff
Toshihiro Takahashi

ORDER

The Court being duly advised in the premises, having received the stipulation of the parties, finds that such stipulation should be and hereby is approved by the Court.

IT IS SO ORDERED.

Dated: August 22nd, 2005.

ALEX R. MUNSON
Judge

RECEIVED

AUG 2 2 2005

Clerk
District Court
For The Northern Mariana Islands

4817-2569-0880.1.058671-00001                    -2.-