1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455
   Fax No. 670. 322-3368
4
   Attorneys for Defendant
5  Maeda Pacific Corporation

6

7

8

9
                    UNITED STATES DISTRICT COURT
10
                              FOR THE
11
                     NORTHERN MARIANA ISLANDS
12

13

14

15 | TOSHIHIRO TAKAHASHI,           | CIVIL ACTION NO. CV 05-0026

16 |         Plaintiff,              | CASE MANAGEMENT CONFERENCE
                                     | STATEMENT OF DEFENDANT
17 |    vs.                          | MAEDA PACIFIC CORPORATION

18 | MAEDA PACIFIC CORPORATION,

19 |         Defendant.              | DATE: SEPTEMBER 2, 2005
                                     | TIME: 10:00 A.M.
20                                   | JUDGE: ALEX R. MUNSON

21

22
        Comes now the Defendant Maeda Pacific Corporation and pursuant to Federal Rules of
23
   Civil Procedure 16 and Local Rule 16.2 CJ, files its Case Management Conference Statement.
24

25 1.   Service of Process:  Service of process is complete and is not an issue.

26 2.   Jurisdiction and Venue:  Jurisdiction and venue are not issues.

27 3.   Track Assignment:  Defendant suggests "Standard Tract" assignment.

28

4828-8967-5520.1.058671-00001

[FILED stamp: Clerk, District Court, AUG 23 2005, For The Northern Mariana Islands, By _____ (Deputy Clerk)]

4.   <u>Anticipated Motions</u>:  Defendant does not at this time have any specific motions in mind, but depending on further investigation and discovery, motions may be filed for summary judgment or partial summary judgment.

5.   <u>Anticipated or Remaining Discovery</u>:  Defendant anticipates written discovery and depositions.  Defendant does not know of any limitation on discovery that needs to be imposed.

6.   <u>Special Procedures</u>:  No special procedures are necessary.

7.   <u>Modifications of Standard Pretrial Procedure</u>:  No modifications of standard pretrial procedures are necessary in this case.

8.   <u>Settlement Prospects</u>:  Unknown at this time.

9.   <u>Other Matters</u>:  Defendant leaves to the Court's discretion the setting of various dates, pretrial conference date and trial date.

CARLSMITH BALL LLP

DATED: Saipan, MP, August _23_, 2005.

JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation