CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455
Fax No. 670. 322-3368

Attorneys for Defendant
Maeda Pacific Corporation

F I L E D
Clerk
District Court

AUG 2 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>    Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**PRE-DISCOVERY DISCLOSURE STATEMENT OF DEFENDANT MAEDA PACIFIC CORPORATION** |

Comes now Defendant Maeda Pacific Corporation and pursuant to LR 16.2 CJ (d) and Federal Rules of Civil Procedure 26(a) hereby files its Pre-Discovery Disclosure Statement.

A.  Individuals likely to have Discoverable Information

| Name | Likely Subject of Information |
|---|---|
| Toshihiro Takahashi<br>Address Unknown | Incident of March 17, 2005 |

1  As Defendant had no prior notice of the alleged incident of March 17, 2005 and no claim was
2  made prior to suit being filed, Defendant is at this time unable to identify any other individuals
3  who are likely to have discoverable information which supports Defendant's defense.

B.   <u>Description of documents and tangible things in the custody and control of Defendant that are relevant to disputed facts alleged with particularity in the pleadings</u>

1.   Defendant has in its possession with copy of Contract No. 306-05 for the Garapan Tourist District Revitalization (Coral Tree Avenue) project. Defendant presumes from the allegations of Plaintiff's Complaint that Plaintiff's counsel has a copy of this document. If Plaintiff's counsel does not have a copy of the Contract, Defendant will provide it to counsel.

As Defendant had no prior notice of the alleged incident of March 17, 2005 and no claim was made prior to suit being filed, Defendant is at this time unable to identify any other tangible things that are in its possession or control that it may use to support its defenses.

C.   <u>Computation of Damages</u>

No computation of damages has been made by Defendant.

D.   <u>Insurance Agreement</u>

The insurance agreement in effect for the alleged incident of March 17, 2005 will be provided to Plaintiff's counsel prior to the Case Management Conference.

CARLSMITH BALL LLP

DATED: Saipan, MP, August _23_, 2005.

*/s/ John D. Osborn*
JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation

4850-7064-8064.1.058671-00001                    -2.-