CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP  96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

AUG 2 3 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>　　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 23, 2005 originals of the following were filed with the Clerk of this Court and copies of the same documents were served by hand delivery upon Victorino DLG. Torres, Torres Brothers, LLC, Bank of Guam Bldg., 3rd Floor, Saipan, MP 96950.

1.　　Case Management Conference Statement of Defendant Maeda Pacific Corporation,

2.　　Pre-Discovery Disclosure Statement of Defendant Maeda Pacific Corporation.

DATED: Saipan, MP, August 23, 2005.　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ALFRED C. SANTOS

4811-4648-3712.1.058671-00001