F I L E D
Clerk
District Court

AUG 2 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TORRES BROTHERS & FLORES, LLC.
VICTORINO DLG. TORRES, ESQ.
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
Tel.: (670) 233-5506
Fax: (670) 233-5510
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, <br><br> Plaintiff, <br><br> vs. <br><br> MAEDA PACIFIC CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. CV 05-0026 <br><br> **CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date: September 02, 2005 <br> Time: 10:00 a.m. <br> Judge: Alex R. Munson |

COMES NOW, Mr. Toshihiro Takahashi, plaintiff and pursuant to Fed. R. Civ. P 16 and Local Rule 16.2 CJ, files his Case Management Conference Statement as follows:

1. <u>Service of Process</u>: Service of process is completed and is not an issue.

2. <u>Jurisdiction and Venue</u>: Jurisdiction and venue are not issues.

3. <u>Track Assignment</u>: Defendant suggests "Standard Tract" assignment.

4. <u>Anticipated Motions</u>: Defendant does not at this time have any specific motions in mind, but depending on further investigation and discovery, motions may be filed for summary judgment or partial summary judgment.

5. <u>Anticipating or Remaining Discovery</u>: Defendant anticipates written discovery and depositions. Defendant does not know of any limitation on discovery that needs to be imposed.

6. <u>Special Procedures</u>: No special procedures are necessary.

7. <u>Modifications of Standard Pretrial Procedure</u>: No modifications of standard pretrial

1 | procedures are necessary in this case.
2 | 8. <u>Settlement Prospects</u>: Plaintiff is willing to discuss settlement alternative.
3 | 9. <u>Other Matters</u>: Defendant leaves to the Court's discretion the setting of various dates, pretrial conference date and trial date.

TORRES BROTHERS & FLORES, LLC.

DATED: 08/24/2005

_____
VICTORINO DLG. TORRES
# F0253 Attorneys for Plaintiff, Mr. Takahashi