CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

FILED
Clerk
District Court

AUG 26 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>NOTICE OF SERVICE OF DISCOVERY REQUEST |

　　　Comes now John D. Osborn, attorney of record for Defendant Maeda Pacific Corporation and hereby gives notice that on August 26, 2005 he caused to be served on Victorino DLG. Torres, Esq., counsel of record for Plaintiff herein, at his address at Bank of Guam Bldg., Third Floor, Saipan MP 96950 the original and one copy of the following by delivering same to counsel or the persons in charge of his office.

　　　1. Defendant Maeda Pacific Corporation's First Set of Interrogatories to Plaintiff Toshihiro Takahashi.

CARLSMITH BALL LLP

DATED: Saipan, MP, August 26, 2005.

JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation

4844-7472-9472.1.058671-00001