| | |
|---|---|
| CARLSMITH BALL LLP<br>Carlsmith Building, Capitol Hill<br>P.O. Box 5241<br>Saipan, MP 96950-5241<br>Tel No. 670.322.3455<br><br>Attorneys for Defendant<br>Maeda Pacific Corporation | F I L E D<br>Clerk<br>District Court<br><br>AUG 26 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>　　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**CERTIFICATE OF SERVICE** |

Undersigned does hereby certify that on August 26, 2005, the original of the Notice of Service of Discovery Request was filed with the Clerk of this Court and that a copy of the same was served by hand delivery upon the following:

Victorino DLG. Torres, Esq.
Torres Brothers, LLC
Bank of Guam Bldg., 3rd Floor
Saipan, MP 96950

Undersigned further certify that on August 26, 2005 an original and one copy of the following document was served by hand delivery to Victorino DLG. Torres, Esq.:

Defendant Maeda Pacific Corporation's First Set of Interrogatories to Plaintiff Toshihiro Takahashi.

DATED: Saipan, MP, August 26, 2005.

_____
ALFRED C. SANTOS

4847-7671-9360.1.058671-00001