FILED
Clerk
District Court

SEP 02 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>Plaintiffs,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>Defendants. | Civil Action No. 05-0026<br><br><u>Case Management Scheduling<br>Order</u> |

Victorino DLG Torres
Attorney At Law
P.O. Box 5241
Saipan, MP 96950

John D. Osborn
Attorney at Law
P.O. Box 501856
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on September 2, 2005. As a result of the conference,

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* <u>Coleman v. Quaker Oats Co.</u>, 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 8/82)

IT IS ORDERED THAT:

1. All parties are to be joined on or before April 3, 2006.

2. All motions to amend pleadings shall be filed on or before April 3, 2006.

3. All discovery shall be served by December 31, 2005.

4. All discovery motions shall be filed so as to be heard on or before March 2, 2006. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

    a. Transcripts of depositions upon oral examination;
    b. Transcripts of deposition upon written questions;
    c. Interrogatories;
    d. Answers or objections to interrogatories;
    e. Requests for production of documents or to inspect tangible things;
    f. Responses or objections to requests for production of documents or to inspect tangible things;
    g. Requests for admission; and,
    h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure and report - February 1, 2006.

6. Defendant and third-party defendant expert disclosure and report - March 1, 2006.

7. Expert discovery shall be completed by April 14, 2006.

8. A status conference will be held on December 2, 2005, at 11:00 a.m.

9. All dispositive motions shall be heard on or before April 13, 2006. Said motions shall be filed in accordance with Local Rules 7.1and/or 56.1.

10. A settlement conference will be held on April 28, 2006, at 9:00 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by May 15, 2006.

12. A final pretrial conference will be held on May 19, 2006, at 9:00 a.m.

13. The trial in this case shall begin on May 30, 2006, at 9:00 a.m.

AO 72 (Rev. 8/82)

This case has been assigned to the Standard Track.

DATED THIS 2nd day of September, 2005, Garapan, Saipan, CNMI.

_____
JUDGE ALEX R. MUNSON