**TORRES BROTHERS & FLORES, LLC.**
VICTORINO DLG. TORRES, ESQ.
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
Tel.: (670) 233-5506
Fax: (670) 233-5510
*Attorneys for Plaintiff*

F I L E D
Clerk
District Court

NOV 0 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, ) | CIVIL ACTION NO. CV 05-0026 |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S PRE-DISCOVERY** |
| vs. ) | **DISCLOSURE STATEMENT** |
| ) | |
| MAEDA PACIFIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |

COMES now Plaintiff Toshihiro Takahashi, through undersigned counsel and pursuant to the Federal Rules of Civil Procedure Rule 26(a)(1) and D.N.M.I. Local Rule 16.2CJ(d) and hereby make the following disclosures:

Disclosures pursuant to Rule 26(a)1(a):

Plaintiff is currently aware of the following individuals who are likely to have discoverable information that he may use in case:

A.  Mr. Keith C. Ada

   Box 501235 CK

   Cell. # 285-3274


   Mr. Linus Mizutani

Hm. # 234-5185

Wk. # 664-3982 San Vicente Elementary

Mr. Dexter Macaranas

Hm.# 233-5603

It is believed that the above individuals witnessed all or part of the incident which is the subject matter of the litigation. The incident occurred on March 17, 2005.

Disclosure Pursuant to Rule 26(a)1(b):

Plaintiff is currently aware of the following documents, data compilations, and tangible things that are in his possession, custody or control, and that he may use to support his case:

Photographs of the location of the incident and photographs of Plaintiff, depicting some injuries. Plaintiff also has some medical records in his custody or control.

Disclosure Pursuant to Rule 26(a)1(c), Computation of Damages:

Plaintiff has not computed the damages at this time.

RESPECTFULLY submitted this 2nd day of November, 2005.

TORRES BROTHERS & FLORES, LLC.

_____
VICTORINO DLG. TORRES Attorneys for
Toshihiro Takahashi, Plaintiff