FILED
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ District COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Toshihiro Takahashi

Plaintiff(s)

v.

Maeda Pacific Corp.

Defendant(s)

Civil / Criminal / FCD No. 05-0026

**CERTIFICATE OF SERVICE**

**DECLARATION OF SERVICE**

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 2nd day of Nov., 2005 at 1:49 pm, I personally served upon John Osborn (Carlsmith Ball)

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☑ Other (Specify) (1) Plaintiff's Pre-Discovery Disclosure Statement (2) Plaintiff's Response to Defendant's First Set of Interrogatories

in the above-captioned matter.

Dated: 11/3/2005

JOAQUIN REYES CRISOSTOMO