FILED
Clerk
District Court

DEC – 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   **TORRES BROTHERS & FLORES, LLC.**
    VICTORINO DLG. TORRES, ESQ.
2   Attorneys at Law
    P.O. Box 501856
3   Saipan, MP 96950
    Bank of Guam Bld. 3rd Flr.
4   Tel.: (670) 233-5506
    Fax: (670) 233-5510
5   *Attorneys for Plaintiff*

6

7                   **UNITED STATES DISTRICT COURT**
                              **FOR THE**
8                    **NORTHERN MARIANA ISLANDS**

9

**TOSHIHIRO TAKAHASHI,**                )     **CIVIL ACTION NO. CV 05-0026**
10                                       )
         **Plaintiff,**                  )
11                                       )
         **vs.**                         )     **PLAINTIFF'S FIRST REQUEST FOR**
12                                       )     **PRODUCTION OF DOCUMENTS TO**
**MAEDA PACIFIC CORPORATION,**           )     **DEFENDANT MAEDA PACIFIC**
13                                       )     **CORPORATION**
         **Defendant.**                  )
14

15

16   TO:    John D. Osborn, Attorney for Defendant Maeda Pacific Corporation,

17

18          Please take notice that pursuant to Federal Rules of Civil Procedure 34,

19   Plaintiff Toshihiro Takahashi, through his attorney, Victorino DLG. Torres requests that

20   Defendant produce for inspection, examination, and copying all of the documents or items listed

21   herein which are in its possession, custody, or control, at the Torres Brothers & Flores, LLC.

22   Attorneys At Law, Bank of Guam Building 3rd floor, Garapan, Saipan, or other agreed method,

23   within 30 days after service of this request.

24

25

26

27

28

(Plaintiff's First Request For Production of Documents to Maeda Pacific Corporation)

## DEFINITIONS

1. "You" or "your" means and includes the person responding to this request for production and all other persons or entities acting or purporting to act on her behalf, including, without limitation, its present and former attorney(s), investigator(s), insurance carrier(s) and/or agent(s) accountant(s) and their agents, employees, and consultants; her present and former offices, directors and/or partners; its present and former affiliates, subsidiaries, controlled companies, parent and/or other similar entities.

2. "Person" includes, without limitation, any natural person, firm, partnership, association, joint ventures, sole proprietorship, organization, business trust, corporation, or any other group combination acting as a unit or other form of legal, business, non-profit, or governmental entity.

3. "Subject Lawsuit" means this lawsuit known and numbered as appears on the cover of this document.

4. "Documents" "records" and "writing" mean and include the original and any copy, regardless of origin or location, of any printed, typed, written, graphic or recorded materials or tangible things of every kind, however produced or reproduced, in its possession, custody or control, and includes but is not limited to, any letters, correspondence, memoranda, telegrams, telexes, other communications, agreements, contracts, offers, proposals, prospectuses, ballot tariffs, promissory notes, deeds, leases, agreements of sales, mortgages, financial statement, balance sheets, profit and lose statements, tax returns, loan applications, work papers, ledgers, journals books of accounts, cancel checks, deposit receipts, statement, bills, air bills, consignment note, purchase orders, invoice, summaries, outlines, estimates, budgets, projections, cost analyses, damage calculations, bulletins, books, periodicals, newsletters, articles, brochures, advertisements, reports, logs, agenda, minutes, studies, charts, graphs, maps, drawings, schedules, plans, blueprints, sketches, schematics, models, surveys, printouts, cards, diaries, calendars, desk calendars, appointment books, photographs, slides, films, notes, drafts, worksheets, transcripts, recordings (mechanical, electrical, typed or written)

1    or any instrument or device which contains any information or from which any

2    information can be derived or retrieved.

3

4                                    **INSTRUCTIONS**

5        The following instructions are to be considered applicable to all demands for production

6    of documents and things contained herein:

7

8    1.    In producing these documents, you are required to furnish all documents known or

9          available to you regardless of whether these documents are possessed directly by you or

10         your agents, employees, representatives, investigators, or by your attorneys or their

11         agents, employees, representatives or investigators.

12   2.    If any of these documents cannot be produced in full, produce to the extent possible,

13         specifying your reasons for your inability to produce the remainder and stating whatever

14         information, knowledge, or belief you do have concerning the unproduced portion.

15   3.    If any documents or things requested were at one time in existence, but are no longer in

16         existence, please so state, specifying for each document or thing:

17               a.    The type of information contained thereon,

18               b.    The type of document or thing,

19               c.    The date upon which it ceased to exists,

20               d.    The circumstances under which it ceased to exist,

21               e.    The identity of all persons having knowledge of the circumstances under

22                     which it ceased to exist, and

23               f.    The identity of all persons having knowledge of the contents thereof.

24   4.    If you refuse to produce any document on grounds of privilege, work product, or other

25         reasons, please identify each document not produced by author, recipient, date, and

26         general subject matter.

27   5.    The requests are continuing. If, after producing documents, you obtain or become aware

28         of any further documents responsive to this request, you are required to produce to

1    Plaintiff such additional documents.

2

3                                **REQUESTS**

4   1.   Please provide copies of all DOCUMENTS provided to you which is RELEVANT to the

5        SUBJECT LAWSUIT.

6   2.   Please provide copies of all STATEMENTS made by any person to YOU, YOUR agents

7        or attorneys related to the INCIDENT.

8   3.   Please provide the insurance policy relating to the SUBJECT LAWSUIT.

9   4.   Please provide copies of statements made by YOU to anyone relating to the SUBJECT

10       LAWSUIT other than your attorneys.

11  5.   Please provide copies of any photographs or video tapes prepared at YOUR request or on

12       YOUR behalf which are in any manner related to the SUBJECT LAWSUIT.

13  6.   Please provide copies of any photographs or video tapes prepared which are in any

14       manner related to the SUBJECT LAWSUIT.

15  7.   Please provide copies of any reports prepared at YOUR request or at the request of

16       anyone acting on YOUR behalf related to the SUBJECT LAWSUIT.

17  8.   Please provide copies of all DOCUMENTS which you rely on in answering Plaintiff's

18       First Set of Interrogatories.

19

20  DATED: 12 / 01 / 2005.              TORRES BROTHERS & FLORES, LLC.

21

22

23                                     VICTORINO DLG TORRES

24

25

26

27

28