FILED
Clerk
District Court

DEC - 7 2005

For The Northern Mariana Islands
By _____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ District COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI

_____

Plaintiff(s)

v.

MAEDA PACIFIC CORPORATION

_____

Defendant(s)

Civil / Criminal / FCD No. CV 05-0026

**CERTIFICATE OF SERVICE**

## DECLARATION OF SERVICE

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 1st day of DECEMBER , 2005 at 3:52 pm, I personally served upon

CARLSMITH BALL LLP

a true and correct copy of the following:

☐    Summons and Complaint
☐    Order dated _____
☐    Motion to _____
☑    Other (Specify) PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFFENDANT MAEDA PACIFIC CORPORATION.
_____ in the above-captioned matter.

Dated: 12 / 01 / 2005 .

_____
JOAQUIN REYES CRISOSTOMO