FILED
Clerk
District Court

DEC -7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI

Plaintiff(s)

v.

MAEDA PACIFIC CORPORATION

Defendant(s)

Civil / Criminal / FCD No. CV 05-0026

**CERTIFICATE OF SERVICE**

**DECLARATION OF SERVICE**

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 1st day of DECEMBER 2005 at 4:15 pm, I personally served upon CUETO A. GAMONTE of MAEDA PACIFIC CORPORATION

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☒ Other (Specify) PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFFENDANT MAEDA PACIFIC CORPORATION
_____ in the above-captioned matter.

Dated: 12/01/2005

JOAQUIN REYES CRISOSTOMO