| | |
|---|---|
| CARLSMITH BALL LLP<br>Carlsmith Building, Capitol Hill<br>P.O. Box 5241<br>Saipan, MP 96950-5241<br>Tel No. 670.322.3455<br><br>Attorneys for Defendant<br>Maeda Pacific Corporation | F I L E D<br>Clerk<br>District Court<br><br>JAN 2 4 2006<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>     Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>     Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>NOTICE OF SERVICE OF RESPONSE TO DISCOVERY REQUEST |

Comes now John D. Osborn, attorney of record for Defendant and hereby gives notice that on January 23, 2006 he caused to be served on Victorino DLG. Torres, Esq., counsel of record for Plaintiff herein, at his address at Torres Brothers, LLC, Bank of Guam Bldg., 3rd Floor, Saipan MP 96950 the original and one copy of the following by delivering same to counsel or the persons in charge of his office.

1. Defendant Maeda Pacific Corporation's Answers to Plaintiff's First Set of Interrogatories.

2. Defendant Maeda Pacific Corporation's Response to Plaintiff's First Request for Production of Documents.

DATED: Saipan, MP, January 24, 2006.

CARLSMITH BALL LLP

_____
JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation

4826-1535-0016.1