CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

FILED
Clerk
District Court

JAN 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>       Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>       Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**CERTIFICATE OF SERVICE** |

Undersigned does hereby certify that on January 24, 2006, the original of the Notice of Service of Discovery Request was filed with the Clerk of this Court and that a copy of the same was served by hand delivery upon the following:

Victorino DLG. Torres, Esq.
Torres Brothers, LLC
Bank of Guam Bldg., 3rd Floor
Saipan, MP 96950

Undersigned further certify that on January 23, 2006 an original and one copy of the following document were served by hand delivery to Victorino DLG. Torres, Esq.:

1. Defendant Maeda Pacific Corporation's Answers to Plaintiff's First Set of Interrogatories.

2. Defendant Maeda Pacific Corporation's Response to Plaintiff's First Request for Production of Documents.

DATED: Saipan, MP, January 24, 2006

_____
ALFRED C. SANTOS

4830-7003-8784.1