F I L E D
Clerk
District Court

FEB 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
2  P.O. Box 5241
Saipan, MP  96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
Maeda Pacific Corporation

5

6

7

8

9  UNITED STATES DISTRICT COURT

10  FOR THE

11  NORTHERN MARIANA ISLANDS

12  TOSHIHIRO TAKAHASHI,          CIVIL ACTION NO. CV 05-0026

13         Plaintiff,

14     vs.                         NOTICE OF DEPOSITION

15  MAEDA PACIFIC CORPORATION,

16         Defendant.

17

18  TO:  TOSHIHIRO TAKAHASHI

19

20         PLEASE TAKE NOTICE that attorneys for defendant Maeda Pacific Corporation in the

21  above-entitled action will take the deposition upon oral examination of Toshihiro Takahashi at

22  1:30 p.m. on March 24, 2006, before a person authorized by the laws of the United States, or

23  some other officer authorized by law to administer oaths, at the offices of Carlsmith Ball LLP,

24  Carlsmith Building, Capitol Hill, Saipan, CNMI.  The deposition will continue from day to day

25  until completed.

26         Pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 30(b)(4), you are

27  hereby notified that the deposition shall be recorded by a tape recorder rather than stenographic

28  means.  Upon completion of the deposition, the tape recording shall be delivered to a secretarial

4835-9458-9952.1.058671-00001

1  service, which shall transcribe the deposition from the tape recording. The tape recording will be

2  made available to the deponent by the secretarial service in connection with the review and

3  signing of the deposition by the deponent. Upon completion of such review and signing, the tape

4  recording will not be filed with the Court, it will be returned to the undersigned for reuse.

5

6                                                CARLSMITH BALL LLP

7

8  DATED: Saipan, MP, February 21, 2006.       JOHN D. OSBORN
                                                Attorneys for Defendant
9                                               Maeda Pacific Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4835-9458-9952.1.058671-00001                  -2.-