```
FILED
Clerk
District Court

FEB 21 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)
```

CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>    Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**CERTIFICATE OF SERVICE** |

Undersigned does hereby certify that on February 21, 2006, the original of the Notice of Deposition was filed with the Clerk of this Court and that a copy of the same was served by hand delivery upon the following:

> Victorino DLG. Torres, Esq.
> Torres Brothers, LLC
> Bank of Guam Bldg., 3rd Floor
> Saipan, MP 96950

DATED: Saipan, MP, February 21st, 2006.                    /s/ Ruth T. Sablan

4830-7456-1792.1.058671-00001