FILED
Clerk
District Court

MAR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, | Civil Action No. 05-0026 |
| Plaintiffs, | |
| vs. | Order Setting Settlement Conference |
| MAEDA PACIFIC CORPORATION, | |
| Defendants. | |

Victorino DLG Torres
Attorney At Law
P.O. Box 5241
Saipan, MP 96950

John D. Osborn
Attorney at Law
P.O. Box 501856
Saipan, MP 96950

A Settlement Conference in the above case is set for Wednesday, March 22, 2006, at 10:30 a.m.

IT IS SO ORDERED.

DATED this 17th day of March, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)