FILED
Clerk
District Court

MAR 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>    Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE |

Now on this 22nd day of March, 2006 a Settlement Conference is conducted by the Court. Plaintiff appears by Victorino DLG. Torres, his attorney. Defendant appears by John D. Osborn of Carlsmith Ball LLP, his attorneys.

Whereupon the Court and counsel engage in discussions relative to a possible non-trial disposition of the case. The Court after participating in discussions with counsel determines that the Settlement Conference shall be continued until April 13, 2006 at 10:00 a.m.

The Court further finds that:

1.    Plaintiff shall furnish to Defendant's counsel Plaintiff's Japanese medical records with an English translation by April 1, 2006.

4819-0697-3440.1.058671-00001

2. Plaintiff will furnish to Defendant's counsel the addresses of those individuals identified in Plaintiff's Supplemental Answers to Interrogatories, Interrogatory No. 42, by Friday, March 24, 2006.

3. Plaintiff shall furnish to Defendant's counsel Plaintiff's response to Defendant's First Request for Production of Documents to Plaintiff no later than April 1, 2006.

4. Defendant's counsel shall review Defendant's answer to Interrogatory No. 2 of Plaintiff's First Set of Interrogatories to Defendant Maeda Pacific Corporation with regard to statements of Keith Ada and will supplement said answer if required to do so by April 1, 2006.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED and DECREED that the findings of the Court set forth above shall and hereby are the orders of the Court.

IT IS SO ORDERED.

DATED: Saipan, MP, MARCH 22, 2006.

ALEX R. MUNSON
Judge

APPROVED AS TO FORM:

VICTORINO DLG. TORRES

JOHN D. OSBORN

RECEIVED

MAR 2 2 2006

Clerk
District Court
For The Northern Mariana Islands

4819-0697-3440.1.058671-00001              -2.-