CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

F I L E D
Clerk
District Court

MAR 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>    Plaintiff,<br><br>    vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. CV 05-0026<br><br><br>AMENDED NOTICE OF DEPOSITION |

TO:    TOSHIHIRO TAKAHASHI and
       and his attorney, Victorino DLG. Torres, Esq.

PLEASE TAKE NOTICE that attorneys for defendant Maeda Pacific Corporation in the

above-entitled action will take the deposition upon oral examination of Toshihiro Takahashi at

1:30 p.m. on April 12, 2006, before a person authorized by the laws of the United States, or some

other officer authorized by law to administer oaths, at the offices of Carlsmith Ball LLP,

Carlsmith Building, Capitol Hill, Saipan, CNMI. The deposition will continue from day to day

until completed.

Pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 30(b)(4), you are

hereby notified that the deposition shall be recorded by a tape recorder rather than stenographic

means. Upon completion of the deposition, the tape recording shall be delivered to a secretarial

service, which shall transcribe the deposition from the tape recording. The tape recording will be

4836-3745-1776.1.058671-00001

1  made available to the deponent by the secretarial service in connection with the review and

2  signing of the deposition by the deponent. Upon completion of such review and signing, the tape

3  recording will not be filed with the Court, it will be returned to the undersigned for reuse.

4

5                                                CARLSMITH BALL LLP

6

7  DATED: Saipan, MP, March 23, 2006.

                                                JOHN D. OSBORN
8                                               Attorneys for Defendant
                                                Maeda Pacific Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28