1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

FILED
Clerk
District Court

MAR 2 4 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

Undersigned does hereby certify that on March 24, 2006, the original of the Amended Notice of Deposition was filed with the Clerk of this Court and that a copy of the same was served by hand delivery upon the following:

Victorino DLG. Torres, Esq.
Torres Brothers, LLC
Bank of Guam Bldg., 3rd Floor
Saipan, MP 96950

DATED: Saipan, MP, March 24, 2006.    _____
                                        ALFRED C. SANTOS

4842-4149-7088.1.058671-00001