**TORRES BROTHERS, LLC**
Joaquin DLG. Torres, Esq. (FO257)
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Building, Third Floor
Tel.: (670) 233-5504/6
Fax: (670) 233-5510

*Attorneys for Plaintiff,*
*Toshihiro Takahashi*

F I L E D
Clerk
District Court

APR 0 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, ) | CIVIL ACTION NO. CV 05-0026 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF COMPLIANCE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS |
| MAEDA PACIFIC CORPORATION, ) | |
| Defendant. ) | |

   COMES NOW, Joaquin DLG. Torres, attorney of record for Plaintiff Toshihiro Takahashi and hereby gives notice that on March 4, 2006 he caused to be served on John D. Osborn, Esq., counsel of record for Defendant herein, at his address at the Carlsmith Building, Capital Hill, Saipan MP 96950 a copy of the following by delivering same to counsel or the persons in charge of his office:

   (1)   Plaintiff's pictures taken of Plaintiff's injuries;

   (2)   Plaintiff's medical records and its translation therein;

   (3)   The name, address, and a brief statement of Plaintiff's Expert Witness.

1 | DATED this __4__ day of April, 2006.        TORRES BROTHERS, LLC.

2

3                                                              _____
                                                               JOAQUIN DLG. TORRES
4                                                              Attorney for Toshihiro Takahashi

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24