IN THE ~~DISTRICT~~ COURT
FOR THE
COMMONWEALTH OF THE NORTHEN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI

Plaintiff(s)

v.

MAEDA PACIFIC CORPORATION.

Defendant(s)

Civil / Criminal / FCD-____ No. 05-0026

CERTIFICATE OF SERVICE

F I L E D
Clerk
District Court

APR 11 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## DECLARATION OF SERVICE

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 4th day of APRIL, 2006 at 3:46 a.m. / **p.m.**, I personally served upon CARLSMITH BALL LLP LAW OFFICE

a true and correct copy of the following:

- ☐ Summons and Complaint
- ☐ Order dated _____
- ☐ Motion to _____
- ☒ Other (specify) NOTICE OF COMPLIANCE REQUEST FOR PRODUCTION OF DOCUMENTS.

in the above captioned matter.

Date: 4/4/2006

JOAQUIN REYES CRISOSTOMO