FILED
Clerk
District Court

APR 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ District COURT
FOR THE
COMMONWEALTH OF THE NORTHEN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI

Plaintiff(s)

v.

MAEDA PACIFIC CORPORATION

Defendant(s)

Civil / Criminal / FCD-___ No. 05-0026

CERTIFICATE OF SERVICE

## DECLARATION OF SERVICE

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 11th day of APRIL, 2006 at 4:46 a.m. / p.m., I personally served upon CARLSMITH BALL LLP. ATTORNEYS AT LAW.

a true and correct copy of the following:

- ☐ Summons and Complaint
- ☐ Order dated _____
- ☐ Motion to _____
- ☒ Other (specify) (1) PLAINTIFF'S RESPONSE TO DEFFENDANT'S FIRST SET OF INTERROGATORIES. (2) PLAINTIFF'S RESPONSE TO DEFFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS.

in the above captioned matter.

Date: 4/12/2006

JOAQUIN REYES CRISOSTOMO