F I L E D
Clerk
District Court

APR 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   CARLSMITH BALL LLP
    Carlsmith Building, Capitol Hill
2   P.O. Box 5241
    Saipan, MP 96950-5241
3   Tel No. 670.322.3455

4   Attorneys for Defendant
    Maeda Pacific Corporation
5

6

7                    UNITED STATES DISTRICT COURT
8                              FOR THE
9                    NORTHERN MARIANA ISLANDS
10

11  TOSHIHIRO TAKAHASHI,              CIVIL ACTION NO. CV 05-0026

12            Plaintiff,

13       vs.                          NOTICE OF DEPOSITION

14  MAEDA PACIFIC CORPORATION,

15            Defendant.

16

17  TO:  NOBUHIRO MURAYAMA

18       PLEASE TAKE NOTICE that attorneys for defendant Maeda Pacific Corporation in the

19  above-entitled action will take the deposition upon oral examination of Nobuhiro Murayama at

20  9:00 a.m. on April 27, 2006, before a person authorized by the laws of the United States, or some

21  other officer authorized by law to administer oaths, at the offices of Carlsmith Ball LLP,

22  Carlsmith Building, Capitol Hill, Saipan, CNMI. The deposition will continue from day to day

23  until completed.

24       Pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 30(b)(4), you are

25  hereby notified that the deposition shall be recorded by a tape recorder rather than stenographic

26  means. Upon completion of the deposition, the tape recording shall be delivered to a secretarial

27  service, which shall transcribe the deposition from the tape recording. The tape recording will be

28

4818-2780-7744.1.058671-00001

1  made available to the deponent by the secretarial service in connection with the review and

2  signing of the deposition by the deponent. Upon completion of such review and signing, the tape

3  recording will not be filed with the Court, it will be returned to the undersigned for reuse.

4

5                                         CARLSMITH BALL LLP

6

7  DATED: _____4/18_____, 2006.        _____
                                       JOHN D. OSBORN
8                                      Attorneys for Defendant
                                       Maeda Pacific Corporation
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28