CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

FILED
Clerk
District Court

APR 18 200[ ]

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
|---|---|
| Plaintiff, | |
| vs. | SUBPOENA DUCES TECUM |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

TO:   Custodian of Financial Records of
      Marianas Sunrise Enterprises, Inc.

YOU ARE HEREBY ORDERED, pursuant to Rule 45, Federal Rules of Civil Procedure, to produce and bring with you the following records and materials, at 10:00 a.m., April 28, 2006, to the Law Office of Carlsmith Ball LLP, Carlsmith Building, Capitol Hill, Saipan, Northern Mariana Islands:

1. Cancelled checks of Marianas Sunrise Enterprises, Inc., for the years 2003, 2004 and 2005.

2. Bank Statements of Marianas Sunrise Enterprises, Inc., for the years 2003, 2004 and 2005.

DATED: ___APR 18 2006___          _____
                                    DEPUTY CLERK OF COURT

4845-9604-8384.1.058671-00001