1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

FILED
Clerk
District Court

APR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br><br>**CERTIFICATE OF SERVICE** |

　　　　Undersigned does hereby certify that on April 18, 2006, the original of the following documents were filed with the Clerk of this Court:

1.　Subpoena Duces Tecum, Notice of Deposition, and Deposition Subpoena to Custodian of Financial Records of Marianas Sunrise Enterprises, Inc.

2.　Notice of Deposition and Deposition Subpoena to Nobuhiro Murayama

3.　Notice of Deposition and Deposition Subpoena to Shinji Yokota

4.　Notice of Deposition and Deposition Subpoena to Hermino Cadag

5.　Notice of Deposition and Deposition Subpoena to Ji, Wei Dong

6.　Notice of Deposition and Deposition Subpoena to Keith Ada

7.　Notice of Deposition and Deposition Subpoena to Dexter Macaranas

8.　Notice of Deposition and Deposition Subpoena to Linus Mizutani

4847-1807-6416.1.058671-00001

1  Undersigned further certify that on April 19, 2006 copies of each of the same documents
2  were served by hand delivery upon the following or the persons in charge of his office.

Victorino DLG. Torres, Esq.,
Torres Brothers, LLC,
Bank of Guam Bldg., 3rd Floor,
Saipan, MP 96950

DATED: Saipan, MP, April 19, 2006.

_____
ALFRED C. SANTOS