F I L E D
Clerk
District Court

APR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,           :     CIVIL ACTION  No. 05-0026
          Plaintiffs(s)         :
               -v-              :
MAEDA PACIFIC CORPORATION,      :
          Defendant(s)          :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __18th__ day of __April__, 2006 at __4:30 p.m.__, I personally served upon CUSTODIAN OF FINANCIAL RECORDS OF MARIANAS SUNRISE ENTERPRISES, INC., a true and correct copy of the:

[  ]  Summons and Complaint
[  ]  Order dated _____.
[X]  Other (specify) __DEPOSITION SUBPOENA__ _____ in the above-captioned matter.

Service was made as follows:
[  ]  By delivering it to the aforesaid person.
[  ]  By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[X]  By delivering it to __TOSHIHIRO TAKAHASHI__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT REMINGTONS MAIN OFFICE IN GARAPAN__

The charge for service is: __$ 25.00__

Dated, this __18th__ day of __April__, 2006.

_____
Rainaldo S. Agulto

Hearing date: _____