FILED
Clerk
District Court

APR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI, | : | CIVIL ACTION No. CV 05-0026 |
|---|---|---|
| Plaintiffs(s) | : | |
| -v- | : | |
| MAEDA PACIFIC CORPORATION, | : | |
| Defendant(s) | : | |

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __18th__ day of __April__, 2006 at __4:55 p.m.__, I personally served upon __NOBUHIRO MURAYAMA__, a true and correct copy of the:

[ ]  Summons and Complaint
[ ]  Order dated _____.
[X]  Other (specify) __NOTICE OF DEPOSITION_____
_____ in the above-captioned matter.

Service was made as follows:
[X]  By delivering it to the aforesaid person.
[ ]  By delivering it at the aforesaid person's usual residence with _____
     who is over the age of 18 and who also resides there.
[ ]  By delivering it to _____, who is an officer or
     managing agent of the above-named individual or corporation.

The place where said service was made is: __AT REMINGTONS MAIN OFFICE IN GARAPAN__

The charge for service is: __$ 25.00__

Dated, this __18th__ day of __April__, 2006.

_____
Rainaldo S. Agulto

Hearing date: _____