FILED
Clerk
District Court

APR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,                :    CIVIL ACTION    No. CV 05-0026
        Plaintiffs(s)           :
      -v-                         :
MAEDA PACIFIC CORPORATION,          :
        Defendant(s)            :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __18th__ day of __April__, 2006 at __5:35 p.m.__, I personally served upon __LINUS MIZUTANI__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) __NOTICE OF DEPOSITION_____
_____ in the above-captioned matter.

Service was made as follows:
[X] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT WORLD RESORT WATER PARK IN SUSUPE__

The charge for service is: __$ 25.00__

Dated, this __18th__ day of __April__, 2006.

                                                          _/s/ Rainaldo S. Agulto_
                                                          Rainaldo S. Agulto

Hearing date: _____