FILED
Clerk
District Court

APR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,   :   CIVIL ACTION   No. CV 05-0026
    Plaintiffs(s)   :
-v-
MAEDA PACIFIC CORPORATION,   :
    Defendant(s)   :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __18th__ day of __April__, 2006 at __6:10 p.m.__, I personally served upon __DEXTER MACARANAS__, a true and correct copy of the:

[   ] Summons and Complaint
[   ] Order dated _____.
[ X ] Other (specify) __NOTICE OF DEPOSITION_____
_____ in the above-captioned matter.

Service was made as follows:
[ X ] By delivering it to the aforesaid person.
[   ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[   ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT MITSUI RESTAURANT PARKING LOT IN SAN JOSE__

The charge for service is: __$ 25.00__

Dated, this __18th__ day of __April__, 2006.

_Rainaldo S. Agulto_
Rainaldo S. Agulto

Hearing date: _____