FILED
Clerk
District Court

APR 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,                   :    CIVIL ACTION   No. CV 05-0026
         Plaintiffs(s)                 :
              -v-                      :
MAEDA PACIFIC CORPORATION,             :
         Defendant(s)                  :

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __19th__ day of __April__, 2006 at __9:50 a.m.__, I personally served upon __HERMINO CADAG__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) __NOTICE OF DEPOSITION_____
_____ in the above-captioned matter.

Service was made as follows:
[X] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT TOWN & COUNTRY RESTAURANT PARKING LOT IN LOWER GUALO RAI__

The charge for service is: __$ 25.00__

Dated, this __19th__ day of __April__, 2006.

_____
Rainaldo S. Agulto

Hearing date: _____