```
                                            FILED
                                             Clerk
                                          District Court

                                          MAY -9 2006

                                    For The Northern Mariana Islands
                                    By_____
                                              (Deputy Clerk)
```

1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
|---|---|
| Plaintiff, | |
| vs. | *EX PARTE* MOTION UNDER LOCAL RULE 7.1.h.3(b) AND 7.1.h.5 FOR AN ORDER SHORTENING TIME |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

I represent Defendant Maeda Pacific Corporation and hereby move the Court for an order shortening time to hear its Motion For Order To Show Cause.

In support of said motion, there is attached hereto the Certificate of John D. Osborn as required by Local Rules 7.1.h.3(b) stating why it is necessary to shorten time and stating efforts made to give notice.

Wherefore, movant respectfully moves the Court for an Order Shortening Time to Hear its Motion For Order To Show Cause.

CARLSMITH BALL LLP

_____
JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation

DATED: Saipan, MP, May 9, 2006.

4812-0869-8369.1.058671-00001