CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

F I L E D
Clerk
District Court

MAY - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>Certificate: *EX PARTE* MOTION UNDER LOCAL RULE 7.1.h.3(b) AND 7.1.h.5 FOR AN ORDER SHORTENING TIME |

**CERTIFICATE PURSUANT TO**
**LOCAL RULE 7.1.h.3(b)**

I, John D. Osborn, declare as follows:

1.  I represent Defendant Maeda Pacific Corporation in this action. I submit this Certificate pursuant to Local Rule 7.1.h.3(b) and 7.1.h.5 in support of Defendant's *Ex Parte* Motion For Order Shortening Time in which Defendant's Motion For Order To Show Cause may be heard.

2.  Trial of this matter is scheduled for May 30, 2006.

3.  If this motion for order to show cause were noticed for hearing pursuant to the regular notice provision of Local Rule 7.1.3(b), the earliest such motion could be heard would be after the scheduled date for commencement of the trial.

4824-5027-7889.1.058671-00001

4. Pursuant to Local Rule 7.1.h.3(b)(2)A) the name and address of Plaintiff and Defendant and their counsel are:

| Defendant is represented by: | Plaintiff is represented by: |
| --- | --- |
| John D. Osborn | Victorino DLG. Torres |
| Carlsmith Ball LLP | Torres Brothers LLC |
| Carlsmith Building, Capitol Hill | Bank of Guam Building, Garapan |
| P.O. Box 5241 | P.O. Box 501856 |
| Saipan, MP 96950 | Saipan, MP 96950 |
| (T) (670) 322-3455 | (T) (670) 233-5503 |
| (F) (670) 322-3368 | (F( (670) 233-5510 |

5. Pursuant to Local Rule 7.1.h.3(b)(2)(C) Defendant contacted counsel for Plaintiff who stipulated this motion may be heard on shortened time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of May, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

CARLSMITH BALL LLP

DATED: Saipan, MP, May 9, 2006.

_____
JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation

4824-5027-7889.1.058671-00001                 -2.-