```
                                                    F I L E D
                                                       Clerk
1  CARLSMITH BALL LLP                              District Court
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241                                   MAY 1 0 2006
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455                         For The Northern Mariana Islands
                                                 By_____
4  Attorneys for Defendant                              (Deputy Clerk)
   Maeda Pacific Corporation
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
|---|---|
| Plaintiff, | |
| vs. | ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TO SHOW CAUSE |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | Date: 5-19-06<br>Time: 8:30 a.m.<br>Judge: Alex R. Munson |

The Court having examined the Motion To Shorten Time For Order To Show Cause with attached Certificate of John D. Osborn finds that good cause exists therefor and that the Motion To Shorten Time for Order To Show Cause should be granted.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED that the Motion For Order To Shorten Time to hear Motion For Order To Show Cause is granted and that such Motion For Order To Show Cause should be heard by the Court on _MAY 19_, 2006, at _8:30_ o'clock _a_.m.

DATED: Saipan, MP, _MAY 10_, 2006              _____
                                                JUDGE ALEX R. MUNSON

4842-6247-9361.1.058671-00001