F I L E D
Clerk
District Court

MAY 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,  :   CIVIL ACTION No. CV 05-0026
         Plaintiffs(s)  :
         -v-
MAEDA PACIFIC CORPORATION,  :
         Defendant(s)  :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __11th__ day of __May__, 2006 at __9:00 a.m.__, I personally served upon __KEITH ADA__, a true and correct copy of the:

[ ]  Summons and Complaint
[X]  Order dated __5/10/06__.
[X]  Other (specify) ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TO SHOW CAUSE/MOTION FOR ORDER TO SHOW in the above-captioned matter. CAUSE;DECLARATION OF JOHN D. OSBORN;EXHIBITS A-D/Certificate: EX PARTE MOTION UNDER LOCAL RULE 7.1.h.3(b) AND 7.1.h.5 FOR AN ORDER SHORTENING TIME

Service was made as follows:
[X]  By delivering it to the aforesaid person.
[ ]  By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ]  By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: _At Ada's market in Chalan Kanoa_

The charge for service is: $ 25.00

Dated, this __11th__ day of __May__, 2006.

_Rainaldo S. Agulto_ (signature)
Rainaldo S. Agulto

Hearing date: __5/19/06__