1

CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill

2

P.O. Box 5241
Saipan, MP  96950-5241

3

Tel No. 670.322.3455

4

Attorneys for Defendant
Maeda Pacific Corporation

F I L E D
Clerk
District Court

MAY 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,

      Plaintiff,

    vs.

MAEDA PACIFIC CORPORATION,

      Defendant.

CIVIL ACTION NO. CV 05-0026

NOTICE OF FILING OF JOINTLY
PREPARED FINAL PRETRIAL ORDER

Come now the parties and file their Jointly Prepared Final Pretrial Order.

CARLSMITH BALL LLP

DATED: Saipan, MP, May 15, 2006.

JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation

TORRES BROTHERS, LLC

DATED: Saipan, MP, May 15, 2006.

VICTORINO DLG. TORRES
Attorneys for Plaintiff

4815-4055-1680.1.058671-00001