CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

FILED
Clerk
District Court

MAY 16 2006

For The Northern Mariana Islands
By_____
　　　(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>DEFENDANT MAEDA PACIFIC CORPORATION'S REQUESTED VOIR DIRE QUESTIONS<br><br>Trial Date:　May 30, 2006<br>Time:　　　9:00 a.m.<br>Judge:　　　Alex R. Munson |

Comes now the Defendant Maeda Pacific Corporation and hereby submits its requested voir dire questions as required by L.R.16.2CJ.e.7(a)(2). Such requested voir dire questions are attached hereto marked as Exhibit A.

DATED: Saipan, MP, May 16, 2006.

CARLSMITH BALL LLP

_/s/ John Osborn_____
JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation

4849-9176-3969.1.058671-00001

## DEFENDANT MAEDA PACIFIC CORPORATION'S
## REQUESTED VOIR DIRE QUESTIONS

1. Please state your name and address.

2. Please state your occupation and the name of your employer.

3. Are you married?

4. Please state the name of your spouse and your spouse's occupation.

5. Are you acquainted with any of the individuals who are listed as potential witnesses in this case?

6. If so, how are you acquainted with them?

7. Would your acquaintanceship or familial relationship affect your ability to be a fair and impartial juror in this case?

8. Would the fact that you are acquainted with or related to a potential witness cause you to give more weight and credibility to the testimony of that person than the testimony of other witnesses?

9. Would it make you uncomfortable to have to listen to the testimony of someone you are acquainted with or related to and than have to evaluate their testimony?

10. Any physical problems that would affect your ability to serve as a juror in this case?

11. If this trial were to last 3-4 days would that cause you any hardship at work or with family?

12. Are you related to anyone who is here also as a prospective juror?

13. If you were both selected to serve as juror, would that cause you any problems if you should disagree about how this case should be decided?

14. Has anyone ever served as a juror before?

15. If so, when and what was the nature of the case?

16. Anything about prior juror experience that would cause you to not want to be a juror in this case?

17. Know anything about this case?



4849-9176-3969.1.058671-00001                   -1.-

1  18. Can you keep an open mind until you have heard all the evidence?
2  19. Has anyone ever had any medical training and if so, in what capacity and to what extent?
3  20. Have you ever suffered an injury to your foot, knee, shoulder or finger which required medical attention?
5  21. If so, describe how you were injured, nature of the injury and medical treatment received.
6  22. Are you acquainted with any of the attorneys in this lawsuit?
7  23. Have you or any member of your family ever been a party to a lawsuit? If so, describe the nature of the lawsuit.
9  24. Have you ever been to Remington's Club?
10 25. Would you have any difficulty in listening to all the evidence and then applying the law as given you by the Court, even if your idea of what the law ought to be might differ than what the law actually is?
13 26. Can you decide this case without being influenced by sympathy or emotion?
14 27. Do any of you believe that if a Plaintiff has sustained a physical injury, the Plaintiff should be compensated regardless of whether the Defendant did anything wrong?
16 28. Do you know of any reason why you could not be a fair and impartial juror in this case?

Respectfully Submitted,

CARLSMITH BALL LLP

Dated: May 16, 2006.

By: _____
JOHN D. OSBORN, Attorneys for
Defendant Maeda Pacific Corporation