1

CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill

2

P.O. Box 5241
Saipan, MP 96950-5241

3

Tel No. 670.322.3455

4

Attorneys for Defendant
Maeda Pacific Corporation

*TORRES BROTHERS, P.C.*
*ATTORNEYS AT LAW*
RECEIVED
By: Victria
Date: 2/16/06
Time: 3:57 p.m.

5

6

7

8

UNITED STATES DISTRICT COURT

FOR THE

9

NORTHERN MARIANA ISLANDS

10

11

TOSHIHIRO TAKAHASHI,

CIVIL ACTION NO. CV 05-0026

12

Plaintiff,

13

vs.

DEFENDANT'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS TO
PLAINTIFF

14

MAEDA PACIFIC CORPORATION,

15

Defendant.

16

17

18

TO:    TOSHIHIRO TAKAHASHI

19

Defendant requests Plaintiff to produce for examination, inspection and copying

20

all documents or items listed herein which are in his possession, custody and control, at the

21

offices of *Carlsmith Ball LLP, Carlsmith Building, Capital Hill, Saipan, MP 96950-5241* or

22

some other convenient location mutually agreed upon by the parties, within thirty (30) days of

23

receipt of this request.  Pursuant to Rule 34 of the Commonwealth Rules of Civil Procedure,

24

Plaintiff is required to file a written response hereto within thirty (30) days after service of this

25

request.

26

27

The following Definitions and Instructions are to be considered applicable to each

28

Request and are hereby incorporated into each of the Requests to which it pertains:

4850-4339-4048.1 058671-00001

EXHIBIT

E

4.     If you claim a privilege against producing any documents, submit a list describing such documents, including their author or originator, the persons to whom they were directed, their date and who has seen them, and the reasons why you will not produce them.

5.     This request is a continuing one. If, after producing documents, you obtain or become aware of any further documents responsive to this request, you are required to produce to Defendants such additional documents.

## DOCUMENTS TO BE PRODUCED

**REQUEST FOR PRODUCTION NO. 1:**

Copies of reports of doctors, medical practitioners and health care providers related to the examination, care and treatment of Plaintiff for any injury he sustained in the accident which is the subject of this lawsuit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

**REQUEST FOR PRODUCTION NO. 2:**

Copies of medical bills for the care and treatment of Plaintiff which were incurred as a result of the accident in question, including but not limited to expenses for medical advise, treatment, x-rays, pharmaceuticals, and mental anguish.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

**REQUEST FOR PRODUCTION NO. 3:**

Copies of any statements made by any person to you, your agents or attorneys related to

1    the accident in question.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

3

4

5

6    **REQUEST FOR PRODUCTION NO. 4:**

7        Copies of any statements made by you to anyone other than your attorneys related to the

8    accident in question.

9    **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

10

11

12

13    **REQUEST FOR PRODUCTION NO. 5:**

14        Copies of any reports prepared at your request or at the request of anyone acting on your

15    behalf related to how the accident occurred.

16    **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

17

18

19

20    **REQUEST FOR PRODUCTION NO. 6:**

21        Copies of any photographs, video tapes, still or motion pictures prepared at your request

22    or on your behalf which are in any manner related to the accident.

23    **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

24

25

26

27    **REQUEST FOR PRODUCTION NO. 7:**

28        A copy of your CNMI Income Tax Returns for the years 2003, 2004 and 2005.

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

2

3

4

5    **REQUEST FOR PRODUCTION NO. 8:**

6         A copy of all documents referred to in preparation of your answers to Defendant's First

7    Set of Interrogatories to Plaintiff and your supplemental responses to such interrogatories.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

9

10

11

12    **REQUEST FOR PRODUCTION NO. 9:**

13         A copy of all documents which support Plaintiff's claim of financial loss.

14    **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

15

16

17

18    **REQUEST FOR PRODUCTION NO. 10:**

19         A copy of all documents which support Plaintiff's claim of lost income as referred to in

20    Plaintiff's answer to Interrogatory No. 33 of Defendant's First Set of Interrogatories to Plaintiff.

21    **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

22

23

24

25    **REQUEST FOR PRODUCTION NO. 11:**

26         A copy of all documents which support Plaintiff's claim of loss of future earnings and/or

27    diminished earning capacity as referred to in Plaintiff's answer to Interrogatory No. 34 of

28    Defendant's First Set of Interrogatory to Plaintiff.

1  **TORRES BROTHERS, LLC.**
   VICTORINO DLG. TORRES, ESQ.
2  Attorneys at Law
   P.O. Box 501856
3  Saipan, MP 96950
   Bank of Guam Bld. 3rd Flr.
4  Tel.: (670) 233-5506
   Fax: (670) 233-5510
5  *Attorneys for Plaintiff*

6

7                    **UNITED STATES DISTRICT COURT**
                              **FOR THE**
8                    **NORTHERN MARIANA ISLANDS**

9
   **TOSHIHIRO TAKAHASHI,**          )        CIVIL ACTION NO. <u>CV 05-0026</u>
10                                     )
           **Plaintiff,**             )
11                                     )        **PLAINTIFF'S RESPONSE TO**
           **vs.**                     )        **DEFENDANT'S FIRST REQUEST FOR**
12                                     )        **PRODUCTION OF DOCUMENTS**
   **MAEDA PACIFIC CORPORATION,**     )
13                                     )
           **Defendant.**             )
14

15        Plaintiff hereby provides the following:

16
   **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**
17
          The documents have been provided.  Should there be additional documents, they will be
18
   provided as they become available.
19

20
   **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**
21
          The documents have been provided.  All the documents which are in the custody of
22
   Plaintiff has been provided.  Should there be additional documents, they will be provided as they
23
   become available.
24

25 **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

26        There is no documents in Plaintiff's possession.  Should there be documents they will be

27 provided as they become available.

28

**EXHIBIT**

tabbies

**E-1**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

There is no documents in Plaintiff's possession. Should there be documents they will be provided as they become available.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

There is no documents in Plaintiff's possession. Should there be documents they will be provided as they become available.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Photographs have been provided. There are no other documents pertaining to this request.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Copies are provided herewith.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Objection as to work product and mental impression of attorney. In the spirit of cooperation, there are no additional documents that have not been provided which were use in preparation to responses to Defendant's First Set of Interrogatories.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Objection as to vagueness of the request. In the spirit of cooperation, there are no additional documents, at this time, which have not been provided which supports Plaintiff's claim of financial loss.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

This request is vague and confusing. Plaintiff is not an employee but a businessman. The income tax should be indicative of his earnings. Should there be additional documents that

1  support the responses, they will be provided.  At this time, there is not that is specific to this

2  request.

3

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

5    This request is vague and over broad.  The medical records are documents as well as

6  income taxes.  There is no document which calculates Plaintiff's loss of future earnings or

7  diminished earning capacity other than the implication and inferences of the medical records and

8  income taxes and other documents which have been provided.

9

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

11    The income taxes is provided herewith.  Should there be additional documents which

12  support his earnings, a supplemental response will be provided.

13

14                    TORRES BROTHERS, LLC.

15  Dated: _04/ 11 / 2006_ .

16                    VICTORINO D.G. TORRES
                     Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

1

## ACKNOWLEDGMENT

2              )
               ) ss.
3              )
               )

4

5          Toshihiro Takahashi, being first duly sworn on oath, deposes and says that he has read the
6   foregoing responses to request for production and that the same are true to the best of his
    knowledge.

7   Dated: __4/11/06_____, 2006

8                                                    _____ T. Takahashi _____
                                                           TOSHIHIRO TAKAHASHI
9

10

11  Subscribed and sworn to before me
    this __11__ day of __April__, 2006.
12

13  _____

14  Notary Public
    My Commission expires: _____

15

16

                                              **RALPH DLG. TORRES**
                                                   Notary Public
                                    Commonwealth of the Northern Mariana Islands
                                    My Commission Expires: __April 2007__
                                                  P.O. Box 501856
                                                  Saipan, MP 96950

17

## INTERPRETER

18

19          I _____ is the interpreter, Japanese–English, and have fully

20  interpreted all of the questions and responses above to Mr. Toshihiro Takahashi.

21

22          Interpreter: _____        Date: _____
                                    Signature

23

24

25

26

27

28

                                                                                        4 of 4

1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

5

6

7                       UNITED STATES DISTRICT COURT

8                                    FOR THE

9                       NORTHERN MARIANA ISLANDS

10

11  TOSHIHIRO TAKAHASHI,                      CIVIL ACTION NO. CV 05-0026

         Plaintiff,
12

13      vs.                                   ORDER CONTINUING SETTLEMENT
                                              CONFERENCE
14  MAEDA PACIFIC CORPORATION,

15       Defendant.

16

17      Now on this 22nd day of March, 2006 a Settlement Conference is conducted by the

18  Court. Plaintiff appears by Victorino DLG. Torres, his attorney. Defendant appears by John D.

19  Osborn of Carlsmith Ball LLP, his attorneys.

20      Whereupon the Court and counsel engage in discussions relative to a possible non-trial

21  disposition of the case. The Court after participating in discussions with counsel determines that

22  the Settlement Conference shall be continued until April 13, 2006 at 10:00 a.m.

23      The Court further finds that:

24  1.      Plaintiff shall furnish to Defendant's counsel Plaintiff's Japanese medical records with an

25  English translation by April 1, 2006.

26

27

28

4819-0697-3440.1.058671-00001

**EXHIBIT**

**F**

1    2.    Plaintiff will furnish to Defendant's counsel the addresses of those individuals identified

2    in Plaintiff's Supplemental Answers to Interrogatories, Interrogatory No. 42, by Friday, March

3    24, 2006.

4

5    3.    Plaintiff shall furnish to Defendant's counsel Plaintiff's response to Defendant's First

6    Request for Production of Documents to Plaintiff no later than April 1, 2006.

7    4.    Defendant's counsel shall review Defendant's answer to Interrogatory No. 2 of Plaintiff's

8    First Set of Interrogatories to Defendant Maeda Pacific Corporation with regard to statements of

9    Keith Ada and will supplement said answer if required to do so by April 1, 2006.

10

11        IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED and

        DECREED that the findings of the Court set forth above shall and hereby are the orders of the

12

13    Court.

        IT IS SO ORDERED.

14

15

16    DATED: Saipan, MP, _March 22_, 2006.    _____
                                                        ALEX R. MUNSON

17                                                           Judge

18

19    APPROVED AS TO FORM:

20

21    _____
        VICTORINO DLG. TORRES

22

23

24    _____
        JOHN D. OSBORN

25

26

27

28

4819-0697-3440.1 058671-00001                    -2.-

6

1    CARLSMITH BALL LLP
     Carlsmith Building, Capitol Hill
2    P.O. Box 5241
     Saipan, MP 96950-5241
3    Tel No. 670.322.3455

4    Attorneys for Defendant
     Maeda Pacific Corporation
5

6

7
                        UNITED STATES DISTRICT COURT
8
                                 FOR THE
9
                        NORTHERN MARIANA ISLANDS
10

11   TOSHIHIRO TAKAHASHI,                      CIVIL ACTION NO. CV 05-0026

              Plaintiff,
12

13        vs.                                  DECLARATION OF JOHN D. OSBORN

14   MAEDA PACIFIC CORPORATION,

              Defendant.
15

16

17        I, John D. Osborn, do declare:

18   1.    I am a partner in the Saipan office of Carlsmith Ball LLP, attorneys for Defendant Maeda

19   Pacific Corporation.  I have personal knowledge of the matters stated herein and would be

20   competent to testify to same if called upon to do so.

21   2.    Attached hereto marked respectively as Exhibits A-F are true and correct copy of the

22   following documents:

23
          Exhibit A:        Defendant's First Set of Interrogatories to Plaintiff
24
          Exhibit A1:       Plaintiff's Response to Defendant's First Set of
25                          Interrogatories

26        Exhibit B:        Letter dated November 2, 2005

27        Exhibit C:        Letter dated November 10, 2005
28

     4844-8202-5217.1.058671-00001

Exhibit D:       Plaintiff's Supplemental Responses to Defendant's First
                 Set of Interrogatories

Exhibit E:       Defendant's First Request For Production of Documents to
                 Plaintiff

Exhibit E1:      Plaintiff's Response to Defendant's First Request For
                 Production of Documents

Exhibit F:       Court Order of March 26, 2006.

This declaration is made under penalty of perjury of the laws of the United States on

Saipan, Commonwealth of the Northern Mariana Islands this 16th day of May, 2006.


_____
JOHN D. OSBORN