CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

FILED
Clerk
District Court

MAY 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI,<br><br>            Plaintiff,<br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>            Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

    Undersigned does hereby certify that on May 16, 2006, the original of the Defendant Maeda Pacific Corporation's Requested Voir Dire Questions was filed with the Clerk of this Court and that a copy of the same was served by hand delivery upon the following:

    Victorino DLG. Torres, Esq.
    Torres Brothers, LLC
    Bank of Guam Bldg., 3rd Floor
    Saipan, MP 96950

    Undersigned further certify that on May 16, 2006 a filed stamped copy the Notice of Filing of Jointly Prepared Final Pretrial Order was also served on Victorino DLG Torres.

DATED: Saipan, MP, May 16, 2006.

                                    _____
                                    ALFRED C. SANTOS

4842-1352-4225.1.058671-00001