FILED
Clerk
District Court

MAY 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,

Plaintiffs,

vs.

MAEDA PACIFIC CORPORATION,

Defendants.

Civil Action No. 05-0026

Notice Setting Motions in Limine

Victorino DLG Torres
Attorney At Law
P.O. Box 5241
Saipan, MP 96950

John D. Osborn
Attorney at Law
P.O. Box 501856
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that the following Motions shall be heard on Friday, May 19, 2006, at 8:30 a.m.:

1. Motion in Limine to Exclude Evidence of Medical Treatment, Medical Costs and Medical Records and Financial Loss.

2. Motion in Limine to Exclude Evidence and Reference to Insurance.

3. Motion in Limine to Exclude Testimony of Plaintiffs Designated Medical Expert.

DATED this 17th day of May, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)