CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

F I L E D
Clerk
District Court

MAY 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>　　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 16, 2006 originals of the following were filed with the Clerk of this Court and on May 17, 2006 copies of the same documents were served by hand delivery upon Victorino DLG. Torres, Torres Brothers, LLC, Bank of Guam Bldg., 3rd Floor, Saipan, MP 96950.

1. Motion In Limine To Exclude Testimony Of Plaintiff's Designated Medical Expert; Exhibits A-B; Declaration Of John D. Osborn.

2. Motion In Limine To Exclude Evidence And Reference To Insurance; Memorandum Of Points And Authorities

3. Motion In Limine To Exclude Evidence Of Medical Treatment, Medical Costs, And Medical Records And Financial Loss; Exhibits A-F; Declaration Of John D. Osborn

DATED: Saipan, MP, May 17, 2006

_____
ALFRED C. SANTOS

4832-0964-3777.1.058671-00001