F I L E D
Clerk
District Court

MAY 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
| Plaintiff, | |
| vs. | NOTICE OF DEPOSITION |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

TO:   Maria Fe Regis
      as Custodian of Records of Bank of Hawaii

PLEASE TAKE NOTICE that attorney for defendant Maeda Pacific Corporation in the above-entitled action will take your deposition upon oral examination at 10:00 a.m. on May 24, 2006, before a person authorized by the laws of the United States, or some other officer authorized by law to administer oaths, at the offices of Carlsmith Ball LLP, Carlsmith Building, Capitol Hill, Saipan, CNMI. The deposition will continue from day to day until completed.

Pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 30(b)(4), you are hereby notified that the deposition shall be recorded by a tape recorder rather than stenographic means. Upon completion of the deposition, the tape recording shall be delivered to a secretarial service, which shall transcribe the deposition from the tape recording. The tape recording will be made available to the deponent by the secretarial service in connection with the review and

4833-4779-3665.1.058671-00001

signing of the deposition by the deponent.  Upon completion of such review and signing, the tape recording will not be filed with the Court, it will be returned to the undersigned for reuse.

CARLSMITH BALL LLP

DATED: Saipan, MP, May 18, 2006.

JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation