```
                                                        F I L E D
                                                           Clerk
                                                       District Court

                                                       MAY 1 9 2006

                                                 For The Northern Mariana Islands
                                                 By_____
                                                            (Deputy Clerk)
```

1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
| Plaintiff, | |
| vs. | SUBPOENA DUCES TECUM |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

TO:   Maria Fe Regis as Custodian
      Records of Bank of Hawaii

YOU ARE HEREBY ORDERED, pursuant to Rule 45, Federal Rules of Civil Procedure, to produce and bring with you the following records and materials, at 10:00 a.m., May 24, 2006, to the Law Office of Carlsmith Ball LLP, Carlsmith Building, Capitol Hill, Saipan, Northern Mariana Islands:

1.  Bank Statements on the account of Marianas Sunrise Enterprises, Inc., Account No. 0032-013007, for the period 4/1/03 to 4/30/03, 12/1/03 to 12/31/03 and 7/1/05 to 12/31/05.

DATED: MAY 1 9 2006                    _____
                                                CLERK OF COURT

4826-5992-7809.1.058671-00001

CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　Plaintiff,<br>vs.<br>MAEDA PACIFIC CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 19, 2006 a copy of the following were served on Maria Fe Regis as custodian of records for Bank of Hawaii:

1. Filed stamped copy of Notice Of Deposition

2. Subpoena Duces Tecum

3. Subpoena

4. Witness fee of $40.00.

DATED: Saipan, MP, May 19, 2006

_____
ALFRED C. SANTOS

4826-4524-7745.1.058671-00001