Case 1:05-cv-00026  Document 75  Filed 05/19/2006  Page 1 of 2

Clerk
District Court

MAY 19 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-05-0026                                                    May 19, 2006
                                                              8:35 a.m.

### TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION

PRESENT:       Hon. Alex R. Munson, Chief Judge Presiding
               Sanae Shmull, Court Reporter
               K. Lynn Lemieux, Courtroom Deputy
               John Osborn, Attorney for Defendant
               Steve Carrara, Attorney for Defendant
               Victorino Torres, Attorney for Plaintiff

PROCEEDINGS:   MOTION FOR ORDER TO SHOW CAUSE and MOTION IN LIMINE

    Plaintiff was represented by Attorney Victorino Torres. Defendants were represented by Attorneys John Osborn and Steve Carrara.

    Attorney Torres argued on behalf of the Plaintiff. Attorney Osborn argued on behalf of the Defendants.

    Court, after hearing argument, GRANTED the Motion in Limine regarding insurance.

    Attorney Torres argued on behalf of the Plaintiff. Attorney Osborn argued on behalf of the Defendants.

    Court, after hearing argument, GRANTED the motion to exclude evidence of medical treatment, medical costs and financial loss; except for the cost of the electric magnetic machine.

    Attorney Torres argued on behalf of the Plaintiff. Attorney Osborn argued on behalf of the Defendants.

Court ordered that the Plaintiff produce the medical expert for deposition on May 24, 2006.

Further, Court ordered that the deposition of Keith Ada be continued and that the deponent answer the questions that are put to him.

Court stated that a written order would be forthcoming.

Adjourned 9:20 a.m.

K. Lynn Lemieux, Courtroom Deputy