FILED
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

I hereby certify that on May 22, 2006 I served by hand delivery a filed stamped copy of the ORDER on the following counsel or the persons in charge of his office:

Victorino DLG. Torres, Esq.
Torres Brothers, LLC
Bank of Guam Bldg., 3rd Floor
Saipan, MP 96950

DATED: Saipan, MP, May 23, 2006.

_____
ALFRED C. SANTOS

4830-8702-6177.1.058671-00001