F I L E D
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**TORRES BROTHERS, LLC**
**VICTORINO DLG. TORRES, ESQ.**
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
Tel.: (670) 233-5503/4/6
Fax: (670) 233-5510

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
| Plaintiff, | |
| vs. | NOTICE OF DEPOSITION |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

TO: MAEDA PACIFIC CORPORATION

PLEASE TAKE NOTICE that attorney for plaintiff Toshihiro Takahashi in the above-entitled action will take your deposition upon oral examination on May 26, 2006 as follows:

    1.) RANDY JACOB -9:30 a.m.

    2.) ENRIQUE TABADA - 10:30 a.m.

    3.) FERNANDO TAMBOC - 11:30 a.m.

    4.) THOMAS NIELSEN - 1:30 p.m.

before a person authorized by the laws of the United States, or some other officer authorized by law to administer oaths, at the Torres Brothers, LLC., Attorneys-at-Law, Bank of Guam Building, 3rd Floor, Garapan, Saipan, CNMI. The deposition will continue from day to day until completed.

Pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 30(b)(4), you are hereby notified that the deposition shall be recorded by a tape recorder rather than stenographic

1  means. Upon completion of the deposition, the tape recording shall be delivered to a secretarial
2  service, which shall transcribe the deposition from the tape recording. The tape recording will be
3  made available to the deponent by the secretarial service in connection with the review and
4  signing of the deposition by the deponent. Upon completion of such review and signing, the tape
5  recording will not be filed with the Court, it will be returned to the undersigned for reuse.

6
7                                                        TORRES BROTHERS, LLC
                                                         Attorneys at Law
8
9  DATED: 5/23/06                            _____
                                                         VICTORINO DLG. TORRES, Esq.
10                                                       Attorneys for Plaintiff
                                                         Toshihiro Takahashi