F I L E D
Clerk
District Court

MAY 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, ) | Civil No. 05-0026 |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | ORDER RE-SETTING |
| ) | TRIAL DATE |
| MAEDA PACIFIC ) | |
| CORPORATION, ) | |
| ) | |
| Defendant ) | |
| _____) | |

DUE TO the criminal trial set to begin on May 28, 2006,

IT IS ORDERED that the trial in this matter is hereby re-set to begin on **Monday, June 12, 2006, at 9:00 a.m.**

DATED this 24th day of May, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)