FILED
Clerk
District Court

MAY 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
| Plaintiff, | ARM |
| vs. | [PROPOSED] ORDER |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

THIS COURT having reviewed the motion for admission *pro hac vice* of James D. Livingstone hereby grants the motion.

IT IS THEREFORE ORDERED, that Mr. Livingstone may serve as co-counsel with the law firm of Torres Brothers, LLC to represent the plaintiff in this action.

SO ORDERED: 5/25/2006.

_____
CHIEF JUDGE ALEX R. MUNSON