CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

FILED
Clerk
District Court

MAY 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>    Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>REQUEST FOR RECONSIDERATION OF *PRO HAC VICE* ADMISSION OF JAMES D. LIVINGSTONE |

Comes now the Defendant, Maeda Pacific Corporation, and respectfully requests the Court re-consider its Order of May 25, 2006 granting the *pro hac vice* admission of James D. Livingstone.

Local Rule 83.5.d states in part:

"…Unless otherwise authorized by the United States Constitution or Acts of Congress, an attorney is ineligible to practice under this section if: (i) the attorney resides in the Northern Mariana Islands; or (ii) the attorney is regularly employed in the Northern Mariana Islands, except by the CNMI Government, or (iii) the attorney regularly engages in business, professional, or other activities in the Northern Mariana Islands.

Defendant expresses a concern that Mr. Livingstone is ineligible for *pro hac vice* admission for the following reasons:

1.    Upon information and belief Mr. Livingstone still resides at the same location on Saipan as when he was employed as an Assistant Attorney General by the CNMI Government.

4847-6088-1409.1.058671-00001

1    2.    On May 25, 2006 a call to PTI Directory Assistance (411) listed an active phone number for Mr. Livingstone on Saipan, the same phone number that is shown in the 2006 CNMI Official Telephone Directory.

3.    Upon information and belief Mr. Livingstone still drives the same white Nissan Pathfinder, CNMI license plate JEUD.

4.    Mr. Livingstone accompanied Plaintiff's attorney of record, Victorino DLG. Torres, and attended the following depositions on Saipan.

| | | |
|---|---|---|
| a. | Deposition of Nobuhiro Murayama | April 27, 2006 |
| b. | Deposition of Shinji Yokota | April 27, 2006 |
| c. | Deposition of Wei Dong Ji | April 27, 2006 |
| d. | Deposition of Linus Mizutani | April 27, 2006 |
| e. | Deposition of Hermino Cadag | April 27, 2006 |
| f. | Deposition of Dexter Macaranas | April 28, 2006 |
| g. | Scheduled deposition of Records Custodian of Marianas Sunrise Enterprises, Inc. | April 28, 2006 |
| h. | Deposition of Keith Ada | May 2, 2006 |
| i. | Scheduled deposition of Records Custodian of Bank of Hawaii | May 24, 2006 |
| j. | Deposition of Keith Ada | May 24, 2006 |
| k. | Deposition of Dr. H. Christine Brown | May 24, 2006 |

As reflected by the dates of the respective depositions, they all occurred prior to the Court's Order of May 25, 2006. During the course of the various depositions Mr. Torres conferred with Mr. Livingstone.

5.    Upon information and belief Mr. Livingstone assisted Mr. Torres in coaching a CNMI Mock Trial team and accompanied Mr. Torres and the Team to Oklahoma for the National Championship. Mr. Livingstone returned to Saipan some time after May 14th, following conclusion of the competition.

6. An internet search of the address stated by Mr. Livingstone is attached hereto as Exhibit A.

Taking into consideration the foregoing circumstances Defendant has concerns whether Mr. Livingstone is eligible for *pro hac vice* admission in this matter to serve as co-counsel.

WHEREFORE, Defendant Maeda Pacific Corporation requests the Court reconsider the application of Mr. Livingstone for *pro hac vice* admission.

CARLSMITH BALL LLP

DATED: Saipan, MP, May 26, 2006

JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation



**Free Walt Disney World Vacation Planning Kit**
CLICK FOR MORE INFO

| PEOPLE SEARCH | BUSINESS SEARCH | REVERSE PHONE | REVERSE ADDRESS | AREA CODES | ZIP CODES | MAILING LISTS |

INTERNATIONAL DIRECTORIES | BATCH PEOPLE SEARCHES | AUTOMATE PEOPLE LOOKUPS    LOGIN / REGISTER

Get More from WhitePages!   GO    VONAGE: FREE calls to Europe! Only $24.99/mo! Click here >

Find out what lendors see, check your credit report.

**Results:** 1 listing matching "livingstone, North Attleboro, MA"

New Search        Modify Search        Printer-Friendly

**ANN LIVINGSTONE**
38 Old Wood Rd
North Attleboro, MA 02760-3546
(508) 695-1615
Find Neighbors

**Save/Customize Listing in:**
My AddressBook or Outlook

Map this location
Area Code Map
E-mail Listing to Friends

Local Time: 1:07 a.m.
Eastern Daylight Time

 Get More Info on Ann Livingstone Here.

 Click to Call Ann Livingstone with Vonage!

 Ann Livingstone's Background Information Available

 Instant Criminal Records Check on Ann Livingstone.

 Run a Real Estate Valuation on 38 Old Wood Rd

 Find Ann Livingstone's Email Address

**Stay In Touch with Family Talk®**
ADD A LINE FOR $9.99
WITH PLANS $69.99 AND ABOVE, 2-YEAR CONTRACTS AND OTHER RESTRICTIONS APPLY.
× cingular    Shop Online!

**Match, world's #1 dating site**
View millions of photos. Join today!

I am a Woman    Seeking a Man
Between 25  And 45
ZIP/Postal Code
Submit

sponsored by
match.com


**EXHIBIT A**

About MyInfo        Bookmark WhitePages.com        Tell Friends about WhitePages.com

HOME | FAQ | ABOUT US | ADVERTISING | AFFILIATE PROGRAM | NEWSLETTERS | CONTACT US | SITE MAP | WHITEPAGES.CA

WHITE PAGES | BUSINESS SEARCH | REVERSE PHONE DIRECTORY | REVERSE ADDRESS LOOKUP
AREA CODE LOOKUP | ZIP CODE FINDER | PHONE APPEND | ADDRESS APPEND | XML LOOKUPS
PEOPLE SEARCH BY STATE | BUSINESS SEARCH BY STATE

http://www.whitepages.com/10001/search/FindPerson?firstname_begins_with=1&firstname=&name=livi...    5/26/2006



Print Screen | Back

**Maps**

Mapped Address: "38 Old Wood Rd, North Attleboro, MA, 02760, US"



Copyright © 1996-2006 WhitePages.com. All rights reserved.
Privacy Policy, Legal Notice and Terms under which this service is provided to you.

 

http://www.whitepages.com/10001/map/map?scale=1&AddressLine=38%20Old%20Wood%20Rd&Prim...   5/26/2006