1  **TORRES BROTHERS, LLC.**
   **VICTORINO DLG. TORRES, ESQ.**
2  Attorneys at Law
   P.O. Box 501856
3  Saipan, MP 96950
   Bank of Guam Bld. 3rd Flr.
4  Tel.: (670) 233-5506
   Fax: (670) 233-5510
5  *Attorneys for Plaintiff*

F I L E D
Clerk
District Court

MAY 3 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

6

7              **UNITED STATES DISTRICT COURT**
                        **FOR THE**
8              **NORTHERN MARIANA ISLANDS**

9
   **TOSHIHIRO TAKAHASHI,**          )    **CIVIL ACTION NO. CV 05-0026**
10                                    )
              **Plaintiff,**          )
11                                    )    **PLAINTIFF'S REQUESTED VOIR**
              **vs.**                 )    **DIRE QUESTIONS**
12                                    )
   **MAEDA PACIFIC CORPORATION,**     )    Trial Date:    June 12, 2006
13                                    )    Time:          9:00 a.m.
              **Defendant.**          )    Judge:         Alex R. Munson
14  _____      )

15

16
          COMES NOW, Takahashi, Toshihiro, Plaintiff through counsel and hereby submits the
17
   following jury questions as required by L.R. 16.2CJ.e.7(a)(2) for voir dire questions:
18
   1.    If the Plaintiff suffered significant pain and suffering, do you have a problem awarding a
19
         high amount of money?
20
   2.    The law allows damages for pain and suffering.  How do you feel in awarding damages for
21
         pain and suffering?
22
   3.    Do you believe that companies in the Construction business should implement safety
23
         measures, such as warning signs regarding dangerous conditions, to avoid injury to the
24
         public?
25
   4.    Do you believe that independent contractors of the Commonwealth Government should
26
         follow the contract agreement regarding safety measures?
27

28

1

2  DATED:  05 / 30 / 2006 .                    TORRES BROTHERS, LLC.

3

4                                               VICTORINO DLG. TORRES
                                                Counsel for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28