FILED
Clerk
District Court

MAY 31 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| TOSHIHIRO TAKAHASHI, | ) | Civil No. 05-0026 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NOTICE TO RESPOND |
| | ) | TO MOTION FOR |
| MAEDA PACIFIC CORPORATION, | ) | RECONSIDERATION |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Attorney James D. Livingstone shall reply in writing to defendant's motion for reconsideration of the order allowing him to appear in this matter *pro hac vice*. The reply shall be due by 3:30 p.m., Monday, June 5, 2006.

DATED this 31st day of May, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)