| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | Carlsmith Building, Capitol Hill<br>P.O. Box 5241 |
| 3 | Saipan, MP 96950-5241<br>Tel No. 670.322.3455 |
| 4 | Attorneys for Defendant |
| 5 | Maeda Pacific Corporation |

F I L E D
Clerk
District Court

JUN -2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>     Plaintiff,<br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>     Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 31, 2006 I served by hand delivery a filed stamped copy of the Request For Reconsideration of *Pro Hac Vice* Admission of James D. Livingstone on the following counsel or the persons in charge of his office:

Victorino DLG. Torres, Esq.
Torres Brothers, LLC
Bank of Guam Bldg., 3rd Floor
Saipan, MP 96950

DATED: Saipan, MP, May 31, 2006.   _____
ALFRED C. SANTOS

4847-3473-2545.1.058671-00001