F I L E D
Clerk
District Court

JUN -5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Victorino DLG. Torres, Esq.
TORRES BROTHERS, LLC.
Attorneys At Law
P.O. Box 501856
Bank of Guam Bldg., 3rd Floor
Saipan, MP 96950
Tel: 670-233-5504/06

James Livingstone
Attorney At Law
38 Old Wood Rd.
North Attleboro, MA 02760
Tel: 508-695-1615

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
|---|---|
| Plaintiff, | |
| vs. | SECOND DECLARATION OF JAMES D. LIVINGSTONE |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

I, James D. Livingstone, hereby declare under penalty of perjury:

1. I moved to Saipan in August 2002 to work in the CNMI's Office of the Attorney General and continued to live on Saipan and work in the office until recently. Now, I reside in Massachusetts. I do not live, work, or do business in the Commonwealth.

2. I grew up in Massachusetts. When I graduated from law school, I took and passed the Massachusetts bar exam and became a member of the bar. Although I lived and worked in Washington, DC at the time, I took the Massachusetts bar because I intended to eventually return home to Massachusetts and practice there.

3. Last year, I worked for the Attorney General's Office. One of my clients was the

Commonwealth Election Commission. Early in 2005, I strongly considered leaving Saipan. However, I promised the Executive Director of the Commission that I would continue to work at the Attorney General's Office and represent the Commission through the 2005 general election.

4. The CNMI general election took place in November 2005 and the last election challenge ended in January 2006.

5. I left Saipan for vacation after the Superior Court proceedings involving the last election challenge ended. I traveled to Massachusetts to spend Christmas with my parents and siblings, all of whom reside in Massachusetts, and to decide where I wanted to live.

6. During my trip, I decided that it was time to leave Saipan and return to live in Massachusetts. As a result, I began looking for a job in Massachusetts and interviewed at one Boston law firm during the trip.

7. When I returned to Saipan in January 2006, I resigned from the Attorney General's Office. I agreed to work until March 22, 2006 to allow a smooth transition for the new Attorney General and finish up some of the more important matters I was assigned to handle.

8. When I resigned, I planned to leave Saipan in early April and then move to Massachusetts. I terminated the lease for the apartment where I have stayed the past few years, effective the end of April 2006. The lease was month-to-month.

9. In February 2006, Vic and Jack Torres asked me to help them coach Southern High School's Mock Trial team. The Torres Brothers are some of my best friends and have treated me like a member of their family during my stay on Saipan. I agreed to coach the team because the Torres Brothers asked me to do so and because the competition was scheduled to end in late March 2006, around the time I planned to leave the Attorney General's Office.

10. I left the Attorney General's Office on March 22, 2006.

11. Southern High School's Mock Trial team won the CNMI championship. As a result, it became the CNMI's representative in the national competition. The national competition took place from May 11-14, 2006.

12. I agreed to delay my departure from the Commonwealth to continue to coach the team with the Torres Brothers until the end of the national competition.

13. As part of my contract with the Attorney General's Office, the office agreed to pay for my plane ticket to return to Massachusetts and ship my household goods there as well.

14. I arranged for my plane ticket to be used to fly first to Oklahoma City for the national competition and then to Boston, where I would move. I did not plan to return to Saipan after the competition. In addition to arranging the plane ticket, I arranged for my household goods to be shipped to Massachusetts. My household goods are now are their way to Massachusetts. They will be delivered to 38 Old Wood Rd., North Attleboro, MA. I also began applying for jobs in Massachusetts.

15. I left Saipan in early May to go to the competition and move back to Massachusetts. After the competition ended, I immediately returned to Massachusetts and established my residency at 38 Old Wood Rd., North Attleboro, MA. The house at this address is owned by my parents and it is the house I grew up in. I moved some personal belongings (as much as I could carry on the plane) to this address. Almost all of my household belongings are now in Massachusetts or on their way there.

16. Because of my stated intention not to return to Saipan after the competition, the team presented me with a plaque of appreciation in Oklahoma City. The team did not prepare a plaque for the Torres Brothers at that time because they were returning to Saipan and their plaque was presented to them on their return.

17. Shortly before the national Mock Trial competition, Vic Torres asked me to help him represent the plaintiff in this case. I agreed and sat in on some depositions. I did not ask any questions or even speak on the record in the depositions. I then agreed to help him with the trial. If anyone else besides the one of the Torres Brothers had asked me to assist with this case, I would not have agreed because I did not plan to remain on Saipan any longer. In fact, since I announced my resignation from the Attorney General's Office, several other lawyers on Saipan asked me to join them in private practice or work with them on a particular matter. I have declined all such offers.

18. I returned to Saipan a few days before the scheduled May 30, 2006 trial date. When I returned, it was only on a temporary basis to represent the plaintiff in this matter. I am

-3.-

not representing any other clients or conducting any other business in the Commonwealth. In fact, because I had established my residency in Massachusetts, when I returned to the CNMI, I returned as a "visitor" and not as a "returning resident". I filled out my CNMI immigration form accordingly.

19. I am still owed money by the Commonwealth for tax refunds and travel advances. Because I am leaving island, I have asked that all checks that cannot be issued by June 19, 2006 be sent to my new residence, 38 Old Wood Rd., North Attleboro, MA.

20. I have extended the lease on my apartment until the end of June 2006 so that I have a place to stay on Saipan during the trial. The possessions that remain in the apartment are limited to those that I plan to use during the trial and the time leading up to it or that I have agreed to sell or give away upon my final departure from Saipan. I am in the process of selling the Pathfinder that I own. I have delayed finalizing any proposed sales until the conclusion of this trial so that I have transportation during my temporary stay on Saipan.

21. In sum, I am a resident of Massachusetts. My intention is to live and work in Massachusetts and not on Saipan. My household possessions are almost all in Massachusetts or on their way there. I am not engaging in any other professional activities in Saipan besides the work in this case. And I am only on Saipan on a temporary basis to represent the plaintiff in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Saipan, MP on June 5, 2006.

_____
James D. Livingstone