FILED
Clerk
District Court

JUN - 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI

Plaintiff(s)

v.

MAEDA PACIFIC CORPORATION

Defendant(s)

Civil / Criminal / FCD No. 05-0026

**CERTIFICATE OF SERVICE**

**DECLARATION OF SERVICE**

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 30th day of MAY, 2006 at 3:35pm, I personally served upon CARLSMITH BALL LLP.

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☒ Other (Specify) PLAINTIFF'S REQUESTED VOIR DIRE QUESTIONS

_____ in the above-captioned matter.

Dated: 5/30/2006

JOAQUIN REYES CRISOSTOMO