| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | Carlsmith Building, Capitol Hill<br>P.O. Box 5241<br>Saipan, MP 96950-5241 |
| 3 | Tel No. 670.322.3455 |
| 4 | Attorneys for Defendant<br>Maeda Pacific Corporation |

F I L E D
Clerk
District Court

JUN - 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
|---|---|
| Plaintiff, | DEFENDANT MAEDA PACIFIC CORPORATION'S SUPPLEMENTAL REQUESTED VOIR DIRE QUESTIONS |
| vs. | |
| MAEDA PACIFIC CORPORATION, | Trial Date: June 12, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |
| Defendant. | |

Comes now the Defendant Maeda Pacific Corporation and files its Supplemental Requested Voir Dire Questions:

1. Do you believe Plaintiff is entitled to recover money damages just because he filed this lawsuit.

2. If you find from the evidence that Plaintiff's claimed injuries were caused by his own negligence, would you have any difficulty holding him responsible for his own actions.

3. If you find from the evidence that Plaintiff has failed to prove fault on the part of the Defendant, would you have any difficulty in returning a verdict in favor of Maeda Pacific Corporation.

4811-5410-7905.1.058671-00001

1
2                                                    CARLSMITH BALL LLP
3
   DATED: Saipan, MP, June 5, 2006.
4                                                    _____
                                                     JOHN D. OSBORN
5                                                    Attorneys for Defendant
                                                     Maeda Pacific Corporation
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28