```
1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation
```

FILED
Clerk
District Court

JUN - 6 2006

For The Northern Mariana Islands
By_____
             (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

Undersigned does hereby certify that on June 05, 2006, the originals of the "Defendant Maeda Pacific Corporation's Supplemental Requested Voir Dire Questions" and "Request For Further Consideration of *Motion In Limine* to Exclude Testimony of Dr. H. Christine Brown" were filed with the Clerk of this Court and that copies of the same were served by hand delivery upon the following:

    Victorino DLG. Torres, Esq.
    Torres Brothers, LLC
    Bank of Guam Bldg., 3rd Floor
    Saipan, MP 96950

DATED: Saipan, MP, June 6, 2006.

_____
ALFRED C. SANTOS

4842-2754-9697.1.058671-00001