FILED
Clerk
District Court

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

JUN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TOSHIHIRO TAKAHASHI,

Plaintiffs,

vs.

MAEDA PACIFIC CORPORATION,

Defendants.

Civil Action No. 05-0026

ORDER RESCHEDULING MOTION

Victorino DLG Torres
Attorney At Law
P.O. Box 5241
Saipan, MP 96950

John D. Osborn
Attorney at Law
P.O. Box 501856
Saipan, MP 96950

IT IS ORDERED that the Request for Further Consideration of Motion In Limine

to Exclude Testimony of Dr. H. Christine Brown scheduled for Monday, June 12, 2006,

is rescheduled to June 9, 2006, at 9:00 a.m.

DATED this 6th day of June, 2006.

Judge Alex R. Munson

AO 72
(Rev. 08/82)