F I L E D
Clerk
District Court

JUN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>Defendant. | Case No. CV-05-0026<br><br>ORDER DENYING RECONSIDERATION OF *PRO HAC VICE* ADMISSION OF JAMES D. LIVINGSTONE |

**THIS MATTER** came before the court on defendant Maeda Pacific Corporation's Request for Reconsideration of *Pro Hac Vice* Admission of James D. Livingstone, No. 92 (May 26, 2006).

Upon reviewing defendant's motion, plaintiff's opposition, and James D. Livingstone's representations as an officer of the court and under penalty of perjury, the court finds no reason to reconsider the *pro hac vice* admission of James D. Livingstone.

**ACCORDINGLY**, defendant's motion is **DENIED**.

**DATED** this 6th day of June, 2006.

_____
ALEX R. MUNSON
Judge