| | |
|---|---|
| CARLSMITH BALL LLP<br>Carlsmith Building, Capitol Hill<br>P.O. Box 5241<br>Saipan, MP 96950-5241<br>Tel No. 670.322.3455<br><br>Attorneys for Defendant<br>Maeda Pacific Corporation | F I L E D<br>Clerk<br>District Court<br><br>JUN - 8 2006<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>ENTRY OF APPEARANCE<br><br>Trial Date: June 12, 2006<br>Time:       9:00 a.m.<br>Judge:      Hon. Alex R. Munson |

　　　Comes now Steven Carrara of Carlsmith Ball LLP and hereby enters his appearance on behalf of Defendant Maeda Corporation in the above captioned matter.

　　　　　　　　　　　　　　　　　　　　CARLSMITH BALL LLP

DATED: Saipan, MP, June 8, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEVEN CARRARA
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Maeda Pacific Corporation

4852-8956-0577.1.058671-00001