CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

F I L E D
Clerk
District Court

JUN - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

I hereby certify that on June 8, 2006, the original of the Entry of Appearance was filed with the Clerk of this Court and that a copy of the same was served by hand delivery upon the following:

Victorino DLG. Torres, Esq.
Torres Brothers, LLC
Bank of Guam Bldg., 3rd Floor
Saipan, MP 96950

DATED: Saipan, MP, 06/08, 2006.   _____
ALFRED C. SANTOS

4852-0927-8977.1.058671-00001