CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

F I L E D
Clerk
District Court

JUN - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　Plaintiff,<br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>**CERTIFICATE OF SERVICE** |

　　　Undersigned hereby certify that on June 7, 2006, the original of the Opposition to Notice of Errata and Supplement to Pretrial Order was filed with the Clerk of this Court.

　　　Undersigned further certify that a copy of the same was served by hand delivery on June 8, 2006 upon the following:

　　　Victorino DLG. Torres, Esq.
　　　Torres Brothers, LLC
　　　Bank of Guam Bldg., 3rd Floor
　　　Saipan, MP 96950

DATED: Saipan, MP, June 08th, 2006.

_____
ALFRED C. SANTOS

4814-5183-7953.1.058671-00001