**JAMES LIVINGSTONE, ESQ.**
Attorney At Law
38 Old Wood Road
North Attleboro, MA  02760
Tel: (508) 695-1615

**TORRES BROTHERS, LLC.**
**VICTORINO DLG. TORRES, ESQ.**
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
Tel.: (670) 233-5506
Fax: (670) 233-5510
*Attorneys for Plaintiff*

F I L E D
Clerk
District Court

JUN - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>    Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. CV 05-0026<br><br><br>NOTICE OF THE USE OF TRANSLATOR FOR JAPANESE SPEAKING WITNESSES |

PLEASE TAKE NOTICE that Plaintiff Toshihiro Takahashi, through his attorneys, James Livingstone and Victorino DLG. Torres, will have a translator of English — Japanese for all the Japanese witnesses. The translator will be Mr. Jim Davis.

DATED: 06/08/2006.

_____
VICTORINO DLG. TORRES
TORRES BROTHERS, LLC.

_____
JAMES D. LIVINGSTONE