FILED
Clerk
District Court

JUN - 9 2006

For The Northern Mariana Islands
_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

********************************************************************************

CV-05-0026                                              June 9, 2006
                                                        9:00 a.m.

### TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION

PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Courtroom Deputy
                 Michelle Macaranas, Deputy Clerk
                 John Osborn, Attorney for Defendant
                 Steve Carrara, Attorney for Defendant
                 Victorino Torres, Attorney for Plaintiff
                 James Livingstone, Attorney for Plaintiff

PROCEEDINGS:    MOTIONS IN LIMINE

Plaintiff was represented by Attorney Victorino Torres and Jay Livingstone. Defendants were represented by Attorneys John Osborn and Steve Carrara.

Attorney Osborn argued the motion to further consider exclusion of the medical expert testimony of Dr. Brown. Attorney Livingstone argued his rebuttal. Attorney Osborn argued his response.

After hearing all arguments, the Court ordered that Dr. Brown be allowed to testify during trial. Court informed parties that the Court will serve as a gate keeper during trial and will entertain objections should Dr. Brown go beyond her expert testimony.

Attorney Torres argued their motion to supplement the witness list to include Mr. Mori Mostaza and . Attorney Osborn argued their objections. Attorney Torres argued his response.

After hearing all arguments, the Court ordered that a stipulation was filed that damages totaled $300,000 and that if the jury wishes to grant more than that, they are bound to do so. The Court further ordered that Mr. Antonio Versoza aka Morrie be included to the witness list and that his deposition be entered before the trial begins.

Attorney Livingstone filed 3 of 5 exhibit binders for the Court and that they will file the rest at a later time. Court set a chamber conference for 2:00 p.m. today.

CV-05-0026
June 9, 2006
Court Minutes

Parties argued issues regarding the testimony of Dr. Ada. Court requested parties to provide the Court with documents regarding their issues and that they will meet in Chambers at 2:00 p.m.

Attorney Livingstone argued their motion in limine with regards to Mr. Takahashi's prescription and the lawsuit filed by Mr. Keith Ada whom is a witness against Mr. Takahashi. Attorney Osborn argued his rebuttal. Attorney Livingstone argued his response.

After hearing all arguments, the Court ordered that testimony regarding Mr. Takahashi's prescription be allowed and if so, then testimony regarding his care and treatment in Japan be allowed. The Court further ordered that if testimony regarding Mr. Ada's lawsuit has relevance that it be allowed. Court set chamber conference for 2:00 p.m. today.

Adjourned 10:05 a.m.

Michelle Macaranas, Deputy Clerk