```
                                                       F I L E D
                                                          Clerk
                                                       District Court

                                                       JUN - 9 2006

                                                    For The Northern Mariana Islands
                                                    By_____
                                                           (Deputy Clerk)
```

1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| TOSHIHIRO TAKAHASHI, | CIVIL ACTION NO. CV 05-0026 |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MAEDA PACIFIC CORPORATION, | |
| Defendant. | |

Undersigned hereby certify that on June 8, 2006, the original of the Defendant's Opposition to Motion In Limine to Exclude Medical Records and Record of Pending Lawsuit; Exhibit A was filed with the Clerk of this Court.

Undersigned further certify that a copy of the same was served by hand delivery on June 8, 2006 upon the following:

   Victorino DLG. Torres, Esq.
   Torres Brothers, LLC
   Bank of Guam Bldg., 3rd Floor
   Saipan, MP 96950

DATED: Saipan, MP, June 09th, 2006.          _____
                                                    ALFRED C. SANTOS

4819-4388-2753.1.058671-00001