F I L E D
Clerk
District Court

JUN - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>Defendant. | Case No. CV-05-0026<br><br>**NOTICE OF ORDER REGARDING MOTIONS *IN LIMINE* AND SETTING CHAMBERS CONFERENCE** |

**THIS MATTER** came before the court on Friday, June 9, 2006 for hearing of plaintiff's and defendant's motions *in limine*. Plaintiff appeared by and through his attorneys Victorino DLG. Torres and James D. Livingstone; defendant appeared by and through his attorneys John D. Osborn and Steven Carrara.

**THE COURT**, having considered the arguments of the parties,

(1) **DENIED** defendant's request for further consideration of its prior motion *in limine* to exclude testimony of Dr. H. Christine Brown,

(2) **DENIED** plaintiff's motion to amend the amount sought for "[d]amages for bodily injuries, pain and suffering, emotional distress, mental anguish[,] and diminished quality of life," Jointly Prepared Final Pretrial Order, No. 64 at 9 (May 15, 2006),[1]

(3) **GRANTED** plaintiff's unopposed motion to amend page nine of the Jointly Prepared Final Pretrial Order of the amount sought for "[r]eimbursement for necessary and reasonable medical expenses incurred from the time of the accident to the present" and "[r]eimbursement for

---

[1] Due to the substance of the Notice of Errata and Supplement to Jointly Prepared Final Pretrial Order, the court considered it as a motion to amend and / or strike portions of the Jointly Prepared Final Pretrial Order and as a motion to add Antonio Versoza, a.k.a. Morrie, to plaintiff's witness list.

necessary and reasonable medical expenses for the remainder of Plaintiff's life" to "at least $4,000.00" and "at least $10,000", respectively,

(4) **GRANTED** plaintiff's unopposed motion to strike the damage description and corresponding amount sought for "lost revenues" on page nine of the Jointly Prepared Final Pretrial Order,

(5) **GRANTED** plaintiff's motion to add Antonio Versoza, a.k.a. Morrie, to his witness list,

(6) **DENIED** plaintiff's motion to exclude reference to plaintiff's use of Viagra and related medical treatment, and

(7) **RESERVED** plaintiff's motion *in limine* to exclude reference to Keith Ada's current lawsuit against plaintiff until the time of trial.

Furthermore, because of the concerns raised by the parties, a chambers conference will be held **today, June 9, 2006, at 2 p.m.**

**IT IS SO ORDERED.**

**DATED** this 9th day of June, 2006.

_____
ALEX R. MUNSON
Judge

2