CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Maeda Pacific Corporation

FILED
Clerk
District Court

JUN - 9 2006

For The Northern Mariana Islands
By_____
            (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>JOINT STATEMENT TO BE READ TO THE JURY RE: NATURE OF THE CASE |

　　　　Comes now counsel for the parties and stipulate that the following statement may be read to the jury regarding the nature of the case:

> This is a personal injury action brought by Toshihiro Takahashi as Plaintiff against Maeda Pacific Corporation as Defendant. Plaintiff alleges he sustained personal injury on March 17, 2006 when he tripped over a piece of PVC pipe which was protruding from the sidewalk in front of Remington's in the Garapan area. Plaintiff alleges that Defendant was negligent in failing to properly warn of the existence of the pipe. Defendant denies it was negligent and that any injury sustained by Plaintiff was the result of his own negligence in failing to observe the pipe. Plaintiff seeks money for pain and suffering and for past and future medical expenses. The foregoing are merely the allegations of the parties and are not to be considered as evidence in the case.

4820-6034-0225.1.058671-00001

1

2

3

4   DATED: Saipan, MP, June 9, 2006.

5

6

7

8

9

10  DATED: Saipan, MP, June 9, 2006.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSMITH BALL LLP

_____
JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation


TORRES BROTHERS, LLC
JAMES LIVINGSTONE, ESQ.

_____
VICTORINO DLG. TORRES
JAMES LIVINGSTONE