1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241
   Saipan, MP 96950-5241
3  Tel No. 670.322.3455

4  Attorneys for Defendant
   Maeda Pacific Corporation

F I L E D
Clerk
District Court

JUN 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>DEFENDANT MAEDA PACIFIC CORPORATION'S PROPOSED SPECIAL VERDICT FORM |

Comes now Defendant Maeda Pacific Corporation, by and through its attorneys, Carlsmith Ball LLP, and hereby submits its proposed Special Verdict Form.

CARLSMITH BALL LLP

DATED: Saipan, MP, _June 12_, 2006.   _/s/ John Osborn_
JOHN D. OSBORN
Attorneys for Defendant
Maeda Pacific Corporation

4815-4055-1680.1.058671-00001

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. CV 05-0026<br><br>SPECIAL VERDICT |

We, the JURY, find the following special verdict on the questions submitted to us in Trial:

**Question No. 1: Was Defendant Maeda Pacific Corporation negligent as alleged by Plaintiff Toshihiro Takahashi?**

Answer "yes" or "no".

**ANSWER:**        Yes_____    No_____

If your answer to Question No. 1 is "no", sign and return this verdict form. STOP HERE.

If your answer to Question No. 1 is "yes", then answer Question 2.

**Question No. 2: Pursuant to your finding to Question No. 1 that Defendant Maeda Pacific Corporation was negligent, was such negligence a proximate and legal cause of injury or damage to the Plaintiff?**

Answer "yes" or "no".

**ANSWER:**        Yes_____    No_____

If your answer to Question No. 2 is "no", sign and return this verdict form. STOP HERE.

If your answer to Question No. 2 is "yes", then answer Question 3.

4815-4055-1680.1.058671-00001

**Question No. 3:** Was Plaintiff Toshihiro Takahashi negligent?

Answer "yes" or "no".

**ANSWER:**        Yes_____    No_____

If your answer to Question No. 3 is "no", then skip to answer Question No. 6. If your answer to Question No. 3 is "yes", then answer the next question.

**Question No. 4:** Did the negligence of Plaintiff Toshihiro Takahashi contribute as a cause of plaintiff's injury?

Answer "yes" or "no".

**ANSWER:**        Yes_____    No_____

If your answer to Question No. 4 is "no", then skip to and answer Question No. 6. If your answer to Question No. 4 is "yes", then answer the next question.

**Question No. 5:** 100% represents the combined negligence and/or fault of the plaintiff and the defendant whose negligence and/or fault contributed as a cause of plaintiff's injuries. What proportion, if any, of the combined negligence and/or fault is attributable to the Plaintiff Toshihiro Takahashi on the one hand and to the Defendant Maeda Pacific Corporation on the other hand? [Your answer must total 100%]

**ANSWER:**    To Plaintiff Toshiro Takahashi                 _____%

           To Defendant Maeda Pacific Corporation    _____%

                               TOTAL                     100%

**Question No. 6:** What is the total amount of damages, if any, suffered by the Plaintiff Toshihiro Takahashi?

**ANSWER:**    (a) ECONOMIC DAMAGES          $_____

           (B) NON-ECONOMIC DAMAGES      $_____

                               TOTAL          $_____

_____           _____
        DATE                              FOREPERSON

4815-4055-1680.1.058671-00001         -2.-