F I L E D
Clerk
District Court

JUN 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ District COURT
FOR THE
COMMONWEALTH OF THE NORTHEN MARIANA ISLANDS

Toshihiro Takahashi

Plaintiff(s)

v.

Maeda Pacific Corporation

Defendant(s)

<u>Civil</u> / Criminal / FCD-____ No. 05-0026

CERTIFICATE OF SERVICE

## DECLARATION OF SERVICE

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 5th day of June, 200 6 at 3:26 a.m. / p.m., I personally served upon CARLSMITH BALL LLP ATTORNEYS AT LAW.

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☒ Other (specify) Opposition to defendant's motion for Reconsideration of Pro Hac Vice Admission of James D. Livingstone. (2) Second Declaration of James D. Livingstone

in the above captioned matter.

Date: 6/07/06

JOAQUIN REYES CRISOSTOMO