F I L E D
Clerk
District Court

JUN 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************************

CV-05-0026                                                June 12, 2006
                                                          9:05 a.m.

### TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Court Deputy
            Victorino Torres, Attorney for Plaintiff
            James Livingstone, Attorney for Plaintiff
            John Osborn, Attorney for Defendants
            Steve Carrara, Attorney for Defendants

PROCEEDINGS:   JURY TRIAL - Day One

Plaintiff was represented by Attorneys James Livingston and Victorino Torres. Defense was represented by Attorneys John Osborn and Steve Carrara.

Twenty-four (24) potential jurors from panel 101050801 were present. Jurors were sworn and Court entertained requests for excuse. No challenges to the array.

The case was called and the attorneys stated their appearance. 14 jurors names were drawn from the jury wheel and were seated in the jury box. Court proceeded with voir dire.

Parties exercised their three peremptory challenges. At 11:10 a.m., Eight (8) regular jurors were seated for the trial and the remaining jurors were excused. The seated jurors were: 1) **REYES**, Antonio; 2) **ARRIOLA**, Dolores; 3) **BIZ**, Sylvia; 4) **BABAUTA**, Joaquin; 5) **VILLAGOMEZ**, Virginia; 6) **BENAVENTE**, Arlene; 7) **CAMACHO**; Dominic; 8) **CEPEDA**, Lillian.

Court recessed the jurors for lunch at 11:10 a.m. and admonished them not to talk with anyone, or among themselves, about the case until they have received the case and they are all together in the jury deliberation room. Further, Court ordered them to return at 1:00 p.m. to continue with the trial.

Parties stipulated to keep witnesses out of the Courtroom until they are called to testify. Court so ordered.

Court recessed at 11:20 a.m. and reconvened at 1:20 p.m.

Jurors were brought into the courtroom at and the Court gave an introduction to the trial.

Plaintiffs, through Attorney Livingstone, began opening statement at 1:25 p.m. and ended at 1:50 p.m.

Defense began their opening statement at 1:53 p.m. and finished at 2:05 p.m.

Plaintiffs called witness:

**RANDY JACOB**. DX.. Ex. A (Deposition); Defense's Ex. 61. A. Pltf offered Ex. **61-A** into evidence; there being no objection, Court so ordered. Witness was excused at 2:40 p.m.

Plaintiff called witness:

**ENRIQUE TABANDA**. DX. Ex. 61 (Photo); Pltf moved to admit **Ex. 61** into evidence; there being no objection, Court so ordered. Plaintiff moved to admit **Ex. 61B** into evidence; no objection, Court so ordered. **CX** by Attorney Osborn. Defense moved to admit **Ex. F** into evidence, there being no objection, Court so ordered. **RDX** by Attorney Livingstone. Witness was excused at 3:06 p.m.

Court recessed at 3:07 for afternoon break and reconvened at 3:30 p.m.

Plaintiff called witness:

**LINUS MIZUTANI**. DX. Plaintiff moved to admit Ex. 41 into evidence; there being no objection, Court so ordered. CX. Attorney Osborn moved to admit **Ex. N** into evidence; over objection, Court so ordered. RDX. RCX. Witness was excused at 4:07 p.m.

Plaintiff called witness:

**DEXTER MACARANAS**. DX. CX. Witness was excused at 4:30 p.m.

Jurors were admonished not to talk with anyone, or watch TV or read the newspaper on this matter, and to return tomorrow at 9:00 a.m. to continue with the trial. Jurors exited the Court at 4:33 p.m.

Court had discussion with the parties about the progress of the trial.

Adjourned at 4:35 p.m.

K. Lynn Lemieux, Courtroom Deputy

# CIVIL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Monday, June 12, 2006 | DOCKET NO. | CV-05-0026 |
|---|---|---|---|
| CAPTION | Toshihiro Takahashi       -vs- | | Maeda Pacific Corporation |
| ATTORNEYS | Victorino Torres, ESQ. | | John Osborn, ESQ. |

| | 8 | | 9 | | 10 | | 11 | | 12 | | 13 | | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PP | Flawau, Berlinda | | Villagomez, Virgina | PP | ~~Sakisat, Teresa~~ | | Benavente Arlene | | Camacho, Dominic | | Cepeda, Lillian | DP | ~~Dela Cruz, Lovena~~ |

| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reyes, Antonio | DP | ~~Aizon, Vicente~~ | PP | ~~Barcinas, Mona~~ | | Arriola, Dolores | | Biz, Sylvia | | Babauta, Joaquin | CC | ~~Aldan, Jesse~~ |
| | | | | | | | | | | | | DP | ~~Barcinas, Maxine~~ |

CODES:  **CC** = *Challenge for Cause*   **DP** = *Defendant's Peremptory Challenge*   **PP** = *Plaintiff Peremptory Challenge*

Form NMI-CVJY01 (Rev. 06/01)

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| PP | Barcinas, Mona | DP | Aizon, Vicente |
| PP | Flawau, Berlinda | DP | Barcinas, Maxine |
| PP | Sakisat, Teresa | DP | Dela Cruz, Lovena |