FILED
Clerk
District Court

JUN 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,

    Plaintiffs(s)

-v-

MAEDA PACIFIC CORPORATION,

    Defendant(s)

CASE No. 05-0026

(ATTEMPTED SERVICE)
DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the _____ day of _____, 2006 at _____, I personally served upon **DR. AHMAD AL-ALOU**, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) **SUBPEONA IN A CIVIL CASE** _____ in the above-captioned matter.

Service was made as follows:
[ ] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: **AT PACIFIC MEDICAL CENTER IN GUALO RAI**

The charge for service is: **$ 25.00**

Dated, this **13th** day of **June**, 2006.

_____
Rainaldo S. Agulto

Hearing date: **6/14/06**

NOTE: ACCORDING TO EMMY CULALA FROM PACIFIC MEDICAL CENTER. DR. ALOU ITS OFF-ISLAND UNTIL THE FIRST WEEK OF JULY.

≈AO88   (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court

——————————— District of the Northern Mariana Islands ———————————

TOSHIHIRO TAKAHASHI,

V.

MAEDA PACIFIC CORPORATION

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1]   05-0026

TO:  Dr. Ahmad Al-Alou

[X] **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>U.S. District Court<br>Horiguchi Building<br>Garapan, Saipan MP  96950 | COURTROOM |
| --- | --- |
| | DATE AND TIME<br>June 14, 2006<br>9:00 a.m. |

[ ] **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

[ ] **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |

[ ] **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>[signature]   Attorney for Defendant | DATE<br>6/11/06 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John D. Osborn
Carlsmith Ball LLP, P.O.Box 5241, Saipan MP  96950    Tel: (670) 322-3455

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.