F I L E D
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT JUN 1 3 2006
# FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-05-0026

June 13, 2006
9:05 a.m.

## TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION

PRESENT:          Hon. Alex R. Munson, Chief Judge Presiding
                  Sanae Shmull, Court Reporter
                  K. Lynn Lemieux, Court Deputy
                  Victorino Torres, Attorney for Plaintiff
                  James Livingstone, Attorney for Plaintiff
                  John Osborn, Attorney for Defendants
                  Steve Carrara, Attorney for Defendants
                  Toshihiro Takahashi, Plaintiff

PROCEEDINGS:    JURY TRIAL - Day Two

Plaintiff was present and represented by Attorneys James Livingstone and Victorino Torres.  Defense was represented by Attorneys John Osborn and Steve Carrara.  Eight jurors were present.

Plaintiff called witness:

**WEI DONG JI**. DX. Plaintiff, through Attorney Livingstone, moved to admit **Ex. 60, 52, 45, 43, 42;** no objection, Court so ordered.  Attorney Livingstone moved to admit **Ex. 46, 47, 51, 53, 55, 59, 38, 41, 44, 48, 50, and 56**; no objection, Court so ordered.  CX by Attorney John Osborn.  Defense moved to admit Plt's **Ex. 40** into evidence, no objection, Court so ordered. **RDX** by Attorney Livingstone. **RCX** by Attorney Osborn.  Witness was excused at 10:25 a.m.

Court recessed for morning break at 10:28 a.m. and reconvened at 10:55 a.m.

Plaintiff called witness:

Interpreter/translator of the Japanese language, **Jim Davis**, was sworn.

**MURAYAMA, NOBUHIRO.**  DX.  Attorney Livingstone moved to admit Ex. 41-A into evidence, no objection, Court so ordered.

Court excused the jurors at 11:37 a.m. for lunch break.

Court had discussion with the parties about the progress of the trial.

Court recessed for lunch at 11:40 a.m. and reconvened at 1:40 p.m.

Witness **MURAYAMA NOBUHIRO** returned to the stand. Attorney Osborn began **CX**. Attorney Osborn moved to admit **Ex. P**; no objections, Court so ordered. **RDX** by Attorney Livingstone. **RCX** by Attorney Osborn. Witness was excused at 2:30 p.m.

Court recessed at 2:30 p.m. for afternoon break and reconvened at 2:45 p.m.

Plaintiff called witness:

**FERNANDO TOMBOC**. **DX** by Attorney Torres. Attorney Torres moved to admit **Ex. 11** into evidence; no objection, Court so ordered. Attorney Torres moved to admit **Ex. 63-A** into evidence; no objection, Court so ordered. Attorney Torres moved to admit **Ex. 63** into evidence; no objection, Court so ordered. **CX** by Attorney Osborn. Attorney Osborn moved to admit **Ex. O** into evidence; Defense objected and conducted voir dire. Court overruled the objection and accepted Ex. O into evidence. **RDX** by Attorney Torres. **RCX** by Attorney Osborn. **RDX** by Attorney Torres. Witness was excused at 4:20 p.m.

Plaintiff called witness:

**THOMAS NIELSON**. **DX** by Attorney Torres. Attorney Torres moved to admit Ex. 64 into evidence, objection from Defense. Court received **Ex. 64** into evidence over objection.

Court excused the jurors for the evening at 4:45 p.m. and ordered that they return at 9:00 a.m. tomorrow morning to continue with the trial.

Out of the presence of jury there was discussion regarding redaction of Ex. 64 among the parties.

Adjourned at 4:48 p.m.

K. Lynn Lemieux, Courtroom Deputy