F I L E D
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

JUN 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*********************************************************************************

CV-05-0026                                            June 14, 2006
                                                      9:05 a.m.

**TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION**

PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Court Deputy
                 Victorino Torres, Attorney for Plaintiff
                 James Livingstone, Attorney for Plaintiff
                 John Osborn, Attorney for Defendants
                 Steve Carrara, Attorney for Defendants
                 Toshihiro Takahashi, Plaintiff

PROCEEDINGS:     JURY TRIAL - Day Three

Plaintiff was present and represented by Attorneys James Livingstone and Victorino Torres. Defense was represented by Attorneys John Osborn and Steve Carrara. Eight jurors were present.

Witness **THOMAS NIELSON** returned to the witness stand. Attorney Torres continued with the DX of the witness. Attorney Torres moved to admit **Ex. 61-D** into evidence; no objection, Court so ordered. Attorney Torres moved to admit **Ex. 66** into evidence; no objection, Court so ordered. Attorney Torres moved to admit **Ex. 63-C, 63-B, and 63-D** into evidence; no objection, Court so ordered. **CX** by Attorney Osborn. **RDX** by Attorney Torres. **RCX** by Attorney Osborn. **RDX** by Attorney Torres. Witness was excused at 10:15 a.m.

Court recessed for break at 10:15 a.m. and reconvened at 10:40 a.m.

Plaintiff called witness:

**TOSHIHIRO TAKAHASHI.** DX by Attorney Livingstone.

Jurors were excused for lunch break at 11:35 a.m. and ordered to return at 1:30 p.m.

Court has discussion with parties about the progress of the trial.

Court recessed for lunch at 11:35 a.m. and reconvened at 1:40 p.m.

Witness **Takahashi** returned to the witness stand. Attorney Livingstone continued with the **DX**. Attorney Livingstone moved to admit **Ex. 9** into evidence; objection by Defense; Court received Ex. 9 over objection.

Parties stipulated to the admittance of **Ex. 6, 8** and Defendant's **Ex. A**. Court so ordered.

Court recessed for break at 2:45 p.m. and reconvened at 3:00 p.m.

Witness **Takahashi** returned to the witness stand. Attorney Osborn began **CX**.

Court excused the jurors for the evening at 4:20 p.m. and ordered that they return tomorrow morning at 9:00 a.m. to continue the trial.

Outside the presence of the jurors there was discussion regarding the progress of the trial.

Adjourned at 4:25 p.m.

K. Lynn Lemieux, Courtroom Deputy