F I L E D
Clerk
District Court

JUN 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

***

CV-05-0026                                                June 15, 2006
                                                          9:40 a.m.

**TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION**

PRESENT:          Hon. Alex R. Munson, Chief Judge Presiding
                  Sanae Shmull, Court Reporter
                  K. Lynn Lemieux, Court Deputy
                  Victorino Torres, Attorney for Plaintiff
                  James Livingstone, Attorney for Plaintiff
                  John Osborn, Attorney for Defendants
                  Steve Carrara, Attorney for Defendants
                  Toshihiro Takahashi, Plaintiff

PROCEEDINGS:     JURY TRIAL - Day Four

Plaintiff was present and represented by Attorneys James Livingstone and Victorino Torres. Defense was represented by Attorneys John Osborn and Steve Carrara. Eight jurors were present.

Witness **Takahashi** returned to the witness stand. Attorney Osborn continued with **CX**. Attorney Osborn moved to admit **Ex. Q** into evidence; objection, Court so ordered over objection. Attorney Osborn moved to admit **Q-1** and publish it to the jury; Court so ordered.

Jurors were released for the lunch break at 11:15 a.m. and ordered to return at 1:00 p.m. to continue with trial.

Out of the presence of the jury, there was discussion regarding exhibits that the defense proposed to offer.

Court recessed for lunch at 11:20 a.m. and reconvened at 1:00 p.m.

Witness **Takahashi** returned to the witness stand. Attorney Osborn continued with **CX** and moved to admit **Exhibits S-1, S-2, S-3, S-4, S-8, S-9, S-10, S-11, S-12, S-13, S-14, S-15, S-16, S-17, S-18, S-19, S-20, S-21, S-22, S-23, S-24, S-25, S-26, S-27, S-28, and S-29** into evidence; objection, Court so ordered over objection. Attorney Osborn moved to admit **Ex. T** into evidence; objection, Court so ordered over objection. Attorney Osborn moved to admit **Ex. 41-A** into evidence; no objection, Court so ordered.

Court recessed for break at 2:30 and reconvened at 2:55 p.m.

Witness **Takahashi** returned to the witness stand. Attorney Osborn continued with **CX**. Attorney Osborn moved to admit **Ex. V-1 and V-2** into evidence; no objection, Court so ordered. Attorney Livingston began RDX at 3:45 p.m. Attorney Osborn began RCX at 4:10 p.m. Attorney Osborn moved to admit **Ex. X** into evidence, no objection, Court so ordered. Witness was excused at 4:15 p.m.

Plaintiff called witness:

**DR. H. CHRISTINE BROWN**. DX. Attorney Livingstone moved to have Dr. Brown qualified as an expert witness in Neurology. Defense objected. Court GRANTED the motion to have Dr. Brown qualified as an expert witness in Family Practice and to render an opinion as to the condition of the Plaintiff.

Jurors were excused for the evening at 4:45 p.m. and ordered to return at 9:00 a.m. tomorrow morning.

Out of the presence of the jurors, there was discussion regarding the jury verdict form.

Adjourned at 4:50 p.m.

K. Lynn Lemieux, Courtroom Deputy