FILED
Clerk
District Court

JUN 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,

    Plaintiff,

vs.

MAEDA PACIFIC CORPORATION,

    Defendant.

CIVIL ACTION NO. CV 05-0026

STIPULATED SPECIAL JURY VERDICT FORM; ORDER THEREON

## STIPULATION

The attached Special Jury Verdict Form is submitted to the Jury pursuant to a stipulation between the Plaintiff and Defendant.

SO STIPULATED.

Date: June 16, 2006.

_____
Victorino DLG. Torres, Esq., Attorney for Plaintiff

Date: June 16, 2006.

_____
John D. Osborn, Esq. Attorney for Defendant

SO ORDERED.

Date: 6-19-06.

_____
Honorable Alex R. Munson, Chief Judge

RECEIVED
JUN 1 6 2006
Clerk
District Court
The Northern Mariana Islands

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,            )   CIVIL ACTION NO. CV 05-0026
                                )
    Plaintiff,                  )
                                )
    vs.                         )   SPECIAL JURY VERDICT FORM
                                )
MAEDA PACIFIC CORPORATION,      )
                                )
    Defendant.                  )
                                )

We, the jury in the above entitled action, find the following special verdict on the questions submitted to us by preponderance of the evidence:

**QUESTION NO. 1:** **Was the Defendant Maeda Pacific Corporation negligent as alleged by Plaintiff Toshihiro Takahashi?**

    Answer "Yes" or "No".

                        Yes        No

    Answer:   ____    ____

If your answer to Question No. 1 is "no", sign and return this verdict form. STOP HERE.

If your answer to Question No. 1 is "yes", then answer Question No. 2.

**QUESTION NO. 2:** **Was Defendant Maeda Pacific Corporation's negligence a proximate cause of Plaintiff's injury?**

    Answer "Yes" or "No".

                        Yes        No

    Answer:   ____    ____

If your answer to Question No. 2 is "no", sign and return this verdict form. STOP HERE.

If your answer to Question No. 2 is "yes", then answer Question No. 3.

**QUESTION NO. 3:** Was Plaintiff Toshihiro Takahashi contributorily negligent as alleged by Defendant Maeda Pacific Corporation?

                Answer "Yes" or "No".

                    Yes    No

              Answer: ____  ____

  If your answer to Question No. 3 is "no", do not answer Question Nos. 4 and 5. Instead, proceed directly to Question No. 6.

  If your answer to Question No. 3 is "yes", then answer Question No. 4.

**QUESTION NO. 4:** Was the contributory negligence of Plaintiff Toshihiro Takahashi a proximate cause of his injury?

                Answer "Yes" or "No".

                    Yes    No

              Answer: ____  ____

  If your answer to Question No. 4 is "no", do not answer Question No. 5. Instead, proceed directly to Question No. 6.

  If your answer to Question No. 4 is "yes", then answer Question No. 5.

**QUESTION NO. 5:** What percentage of 100% is due to the negligence of the Defendant Maeda Pacific Corporation and what percentage of this 100% is due to the contributory negligence of the Plaintiff Toshihiro Takahashi? Your answer to both Plaintiff and Defendant must total 100%.

    Answer:  Negligence of Defendant      _____%

          Negligence of Plaintiff       _____%

              **TOTAL:**  __100__%

**QUESTION NO. 6:** Without taking into consideration the reduction of damages due to the contributory negligence of the Plaintiff, if any, what do you find to be the total amount of damages, including economic and non-economic damages, if any, suffered by the Plaintiff caused by the accident involved herein?

Answer:  (a) Economic Damages      $_____

(b) Non-Economic Damages      $_____

TOTAL:      $_____

_____                    _____

DATE                                                              FOREPERSON