F I L E D
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

JUN 1 9 2006

*********************************************************************************

CV-05-0026

For The Northern Mariana Islands
By June 19, 2006
9:20 a.m. (Deputy Clerk)

### TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Court Deputy
Victorino Torres, Attorney for Plaintiff
James Livingstone, Attorney for Plaintiff
John Osborn, Attorney for Defendants
Steve Carrara, Attorney for Defendants
Toshihiro Takahashi, Plaintiff

PROCEEDINGS:  JURY TRIAL - Day Six

Plaintiff was present and represented by Attorneys James Livingstone and Victorino Torres. Defense was represented by Attorneys John Osborn and Steve Carrara. Eight jurors were present.

Out of the presence of the jury, Court inquired about whether there were any objections to the jury instructions. Defense replied that they did have objections and explained those objections in detail. Court ruled.

Jurors were brought into the Courtroom at 9:30 a.m.

Attorney Torres began opening argument at 8:32 a.m. and finished at 10:35 a.m.

Jurors were excused for morning break at 10:35 a.m.

Court recessed at 10:35 a.m. and reconvened at 10:50 a.m.

Attorney Osborn began closing argument at 10:50 a.m. and finished at 12:20 p.m.

Court excused the jurors for a recess at 12:20 p.m. and reconvened at 12:30 p.m.

Attorney Torres began his closing argument at 12:30 p.m. and finished at 1:20 p.m.

Court excused the jurors for lunch at 1:20 p.m. and ordered them to return at 3:00 p.m. to continue.

Out of the presence of the jury, parties stipulated to withdraw Defendant's Ex. U-8 (photo of check to Milne). Court so ordered.

Court recessed for lunch at 1:25 p.m. and reconvened at 3:10 p.m.

Court read the "jury instructions" to the jury and called attention to the verdict form.

At 3:40 p.m., the oath was given to the Baliffs and the jury retired to the jury deliberation room with exhibits, jury instruction, and verdict form.

Court inquired of attorneys whether they wanted to be called on every jury note or whether they would leave it to the Court's descretion. Both parties stated that they would leave it to the Court's descretion.

Adjourned at 3:45 p.m.

K. Lynn Lemieux, Courtroom Deputy

AO 187 **EXHIBIT AND WITNESS LIST**

| | | | | | |
|---|---|---|---|---|---|
| Toshihiro Takahashi -vs- Maeda Pacific Corporation | | | | | **District Court:** Northern Mariana Islands |
| **Plaintiff's Attorneys:**<br>Victorino Torres, Esq.<br>James Livingstone, Esq. | | | **Defendant's Attorneys:**<br>John Osborn, Esq.<br>Steve Carrara, Esq. | | **Docket Number:** CV-05–0026<br><br>**Trial Date(s):** June 12, 2006 to June 19, 2006 |
| **Presiding Judge**<br>Alex R. Munson | | | **Court Reporter**<br>Sanae Shmull | | **Courtroom Deputy**<br>Lynn Lemieux |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 06/12/06 | | | RODNEY JACOB |
| 61-A | | 06/12/06 | 06/12/06 | 06/12/06 | Deposition of Rodney Jacob |
| W2 | | 06/12/06 | | | ENRIQUE TABANDA |
| 61 | | 06/12/06 | 06/12/06 | 06/12/06 | Picture of Eastward View of Coral Avenue in front of Remington's Club |
| 61-B | | 06/12/06 | 06/12/06 | 06/12/06 | Photo - showing witnesses drawing of barrier |
| | F | 06/12/06 | 06/12/06 | 06/12/06 | Photo |
| W3 | | 06/12/06 | | | LINUS MIZUTANI |
| 41 | | 06/12/06 | 06/12/06 | 06/12/06 | Picture of northward view of sidewalk in front of Remington's Club |
| 43 | | 06/12/06 | 06/12/06 | 06/12/06 | Picture of right leg of Plaintiff, March 18, 2005 |
| | N | 06/12/06 | 06/12/06 | 06/12/06 | Remington's Parking Area |
| 61-C | | 06/12/06 | 06/12/06 | 06/12/06 | Photo |
| W4 | | 06/12/06 | | | DEXTER MACARANAS |
| W5 | | 06/13/06 | | | WEI DONG JI |
| 60 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of two pipes, March 18, 2005 |
| 52 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of eastward view of sidewalk in front of Remington's |
| 45 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff, March 18, 2005 |
| 42 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of right shoulder of Plaintiff, March 18, 2005 |
| 46 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right leg |
| 47 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right hand |
| 51 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right leg |
| 53 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of southward view of sidewalk in front ofRemington's |
| 55 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right shoulder |
| 59 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of two pipes, April 13, 2005 |
| 38 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of sidewalk in front of Remington's |
| 44 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of right leg of Plaintiff and metal pipe, March 18, 2005 |
| 48 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's hands, April 15, 2005 |
| 50 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's hands, May 28, 2005 |
| 56 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right hand with bandage, May 28, 2005 |
| W6 | | 06/13/06 | | | MURAYAMA NOBUHIRO |
| | P | 06/13/06 | 06/13/06 | 06/13/06 | Photo |
| W7 | | 06/13/06 | | | FERNANDO TOMBOC |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 11 | | 06/13/06 | 06/13/06 | 06/13/06 | Construction Contract |
| 63-A | | 06/13/06 | 06/13/06 | 06/13/06 | Photo taken on December 29, 2004 |
| 63 | | 06/13/06 | 06/13/06 | 06/13/06 | Photo |
| | O | 06/13/06 | 06/13/06 | 06/13/06 | Photo in front of Remington's Club taken in February 2005 |
| W8 | | 06/13/06 | | | THOMAS NIELSON |
| 64 | | 06/13/06 | 06/13/06 | 06/13/06 | (Interrogatory #8 and Response only). |
| 61-D | | 06/14/06 | 06/14/06 | 06/14/06 | Photo with drawing by witness Nielson |
| 63-B | | 06/14/06 | 06/14/06 | 06/14/06 | Photo |
| 63-C | | 06/14/06 | 06/14/06 | 06/14/06 | Photo |
| 63-D | | 06/14/06 | 06/14/06 | 06/14/06 | Photo |
| 66 | | 06/14/06 | 06/14/06 | 06/14/06 | Request for Production of Documents |
| W 9 | | 06/14/06 | | | TOSHIRO TAKAHASHI (Plaintiff) |
| 9 | | 06/14/06 | 06/14/06 | 06/14/06 | Receipt for a medical machine purchased by Plaintiff |
| 6 | | 06/14/06 | 06/14/06 | 06/14/06 | Receipt from Saipan Health Clinic |
| 8 | | 06/14/06 | 06/14/06 | 06/14/06 | Report from Medical Associates of the Pacific - Dr. Ada |
| | A | 06/14/06 | 06/14/06 | | Receipt and reports from Pacific Medical Center (replaced by Ex. AA) |
| | Q | 06/15/06 | 06/15/06 | 06/15/06 | Annual Report of Marianas Sunrise |
| | Q-1 | 06/15/06 | 06/15/06 | 06/15/06 | Annual Report of Marianas Sunrise |
| | S-1 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-2 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-3 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-4 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-8 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-9 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-10 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-11 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-12 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-13 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-14 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-15 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-16 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-17 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-18 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-19 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-20 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-21 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-22 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-23 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | S-24 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-25 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-26 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-27 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-28 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-29 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | T | 06/15/06 | 06/15/06 | 06/15/06 | Photo |
| 41-A |  | 06/15/06 | 06/15/06 | 06/15/06 | Photo of Takahashi's drawing of where the ladder was located on the pole. |
|  | V-1 | 06/15/06 | 06/15/06 | 06/15/06 | Takahashi's Zorries |
|  | V-2 | 06/15/06 | 06/15/06 | 06/15/06 | Takahashi's Zorries |
|  | U-1 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-2 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-3 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-4 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-5 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-6 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-7 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-8 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | W | 06/15/06 | 06/15/06 | 06/16/06 | Interrogatory of Takahashi signed on November 17, 2005 |
|  | X | 06/15/06 | 06/15/06 | 06/15/06 | Photo |
| W10 |  | 06/15/06 |  |  | DR. H. CHRISTINE BROWN |
| 68 |  | 06/16//06 | 06/16/06 | 06/16/06 | Summary of Dr.'s visits |
| 67 |  | 06/16/06 | 06/16/06 | 06/16/06 | Exchange Rate Listing |
|  | W 1 | 06/16/06 |  |  | MURAYAMA NOBUHIRO |
|  | W 2 | 06/16/06 |  |  | SHINJI YOKOTA |
|  | Y | 06/16/06 | 06/16/06 | 06/16/06 | Photo with markings by witness Yokotoa |
|  | P-1 | 06/16/06 | 06/16/06 | 06/16/06 | Photo with markings indicating location of ladder; by witness Yokota |
|  | W 3 | 06/16/06 |  |  | KEITH ADA |
|  | Z | 06/16/06 | 06/16/06 | 06/16/06 | Photo |
|  | W 4 | 06/16/06 |  |  | ALEX CADAG |
|  | W 5 | 06/16/06 |  |  | THOMAS NIELSON |
|  | W 6 | 06/16/06 |  |  | DR. AL ALOU   (Interrogatories read by Attorney Steve Carrara) |
|  | AA | 06/16/06 | 06/16/06 | 06/16/06 | Exhibits from written deposition of Dr. Al Alou |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.