CV 05 - 0026

F I L E D
Clerk
District Court

JUN 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Received
6-19-06
4:30 pm
AP approved 6/19/2006

The Honorable Judge Alex Munson,

On behalf of the Jurors, we would like to request for a calculator be delivered to the Jury Deliberation Room for Tuesday morning, June 20, 2006.

Thank You,

Antonio L.G. Reyes
Antonio L.G. Reyes
Foreperson

Return this note to the Bailiff.

You have all of the information You need to come to a verdict. Accordingly, I will not send in a calculator or a dictionary.

A.R. Munson