CV 05-0026

F I L E D
Clerk
District Court

JUN 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Received 6-20-06 10:15AM*

Break — smoke/fresh air

OK 15 MIN
AR [illegible]

[signature] Foreman