```
                                                    F I L E D
                                                       Clerk
                                                   District Court
```

1  CARLSMITH BALL LLP
   Carlsmith Building, Capitol Hill
2  P.O. Box 5241                                   JUN 2 0 2006
   Saipan, MP  96950-5241
3  Tel No. 670.322.3455                      For The Northern Mariana Islands
                                              By_____
4  Attorneys for Defendant                              (Deputy Clerk)
   Maeda Pacific Corporation
5

6

7               UNITED STATES DISTRICT COURT

8                        FOR THE

9              NORTHERN MARIANA ISLANDS

10 TOSHIHIRO TAKAHASHI,            | CIVIL ACTION NO. CV 05-0026
                                   |
11         Plaintiff,               | OPPOSITION TO JURY REQUEST FOR
                                   | CALCULATOR
12 vs.                              |
                                   | DATE:    June 20, 2006
13 MAEDA PACIFIC CORPORATION,       | TIME:    1:30 p.m.
                                   | JUDGE:   Alex R. Munson
14         Defendant.

         Comes now the Defendant Maeda Pacific Corporation, through its counsel, and respectfully requests the Court to affirm its previous ruling denying the foreperson's request for a calculator.

                    MEMORANDUM OF POINTS AND AUTHORITIES

<u>Background</u>

         In a note to the Court dated June 19, 2006, at the conclusion of the first day of deliberations, the jury foreperson requested a calculator and dictionary from the Court. At hearing prior to start of deliberations on June 20, 2006, the Court denied the request and notified the foreperson that a calculator and dictionary would not be provided and that the jury should continue with their deliberations.

         There is no precedent or requirement that the Court provide the requested calculator to

4821-8479-3345.1.058671-00001

the jury and the Court's decision to either grant or deny the same is clearly a matter of judicial discretion. *State v. Lihosit*, 131 N.M. 426, 38 P3d 194 (N.M. App., 2002).

Having determined that absent a specific instruction, the use of a calculator would be too speculative in this matter, the Court denied the jury foreman's request. Absent a specific mandatory requirement to that the Court provide a calculator, Plaintiff's request for reconsideration should be denied.

CARLSMITH BALL LLP

DATED: Saipan, MP, June 20, 2006.

_____
STEVEN CARRARA
Attorneys for Defendant
Maeda Pacific Corporation