F I L E D
Clerk
District Court

JUN 2 0 2006

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CV-05-0026                                              June 20, 2006
                                                        1:40 p.m.

**TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION**

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                James Livingstone, Attorney for Plaintiff
                Steve Carrara, Attorney for Defendants

PROCEEDINGS:    MOTION (outside the presence of the jurors).

Plaintiff was represented by Attorney James Livingstone. Defense was represented by Attorney Steve Carrara.

Attorney Livingstone argued on behalf of the Plaintiff in support of the jurors request for use of a calculator. Attorney Carrara argued against the jurors using a calculator in the deliberation room.

Court, after hearing all argument, DENIED the Motion of the Plaintiff for the jurors request to use a calculator in the deliberation room.

                                Adjourned at 1:50 p.m.

                                _____
                                K. Lynn Lemieux, Courtroom Deputy