FILED
Clerk
District Court

JUN 2 0 2006

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CV-05-0026

June 20, 2006
8:45 a.m.

## TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Victorino Torres, Attorney for Plaintiff
                John Osborn, Attorney for Defendants
                Steve Carrara, Attorney for Defendants

PROCEEDINGS:    JURY TRIAL - Day Seven (Deliberation)

Out of the presence of the jury, Court informed the parties that a note had been received at 4:30 p.m. yesterday and he read the note to counsel.

Attorney Torres argued that the jurors should be allowed to have a calculator in the deliberation room if that is what they are requesting. Attorney Osborn requested that they not be provided a calculator or the dictionary that they are requesting.

Court ordered that a calculator nor dictionary would be allowed in the jury deliberation room and expressed the reason for that decision.

Court recessed at 8:55 a.m. and counsel left the court facility.

At 9:00 a.m. all jurors were present and began deliberation.

At 11:30 a.m. jurors were escorted to lunch by the U.S. Marshal and returned to continue deliberation at 12:45 p.m.

At 4:30 jurors recessed for the evening and were ordered to return at 9:00 a.m. tomorrow to continue deliberation

Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy