CV 05-0026

Received
6-21-06
10:10 am
AR Munson

Can we take our morning Shake break?

FILED
Clerk
District Court
JUN 21 2006
For Th[...]
By___

Thank you

Rec'd 10:08 AM  JJ