CV 05 - 0026

Received 6-21-06
11:07
[signature]

Can I request a copy to fix my sandle

NOT FILED

F I L E D
Clerk
District Court

JUN 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)