CV 05 - 0026

6/21/06 wbC
3:00 p.m.

We, the jurors request that judge, plaintiff attys & defendant atty. and their clients to be present at 4:00 p.m. for jury final deliberation (verdict.)

```
    FILED
    Clerk
District Court

  JUN 21 2006

For The Northern Mariana Islands
By_____
      (Deputy Clerk)
```

[signature]
Foreperson

Rec'd 3:05 p.m.
Courtroom Deputy.
6-21-06    J. Lemieux