F I L E D
Clerk
District Court

JUN 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

TOSHIHIRO TAKAHASHI,    )   CIVIL ACTION NO. CV 05-0026
                        )
         Plaintiff,     )
                        )
    vs.                 )   SPECIAL JURY VERDICT FORM
                        )
MAEDA PACIFIC CORPORATION, )
                        )
         Defendant.     )

We, the jury in the above entitled action, find the following special verdict on the questions submitted to us by preponderance of the evidence:

**QUESTION NO. 1:** Was the Defendant Maeda Pacific Corporation negligent as alleged by Plaintiff Toshihiro Takahashi?

Answer "Yes" or "No".

Answer:  Yes ✓   No ____

If your answer to Question No. 1 is "no", sign and return this verdict form. STOP HERE.

If your answer to Question No. 1 is "yes", then answer Question No. 2.

**QUESTION NO. 2:** Was Defendant Maeda Pacific Corporation's negligence a proximate cause of Plaintiff's injury?

Answer "Yes" or "No".

Answer:  Yes ✓   No ____

If your answer to Question No. 2 is "no", sign and return this verdict form. STOP HERE.

If your answer to Question No. 2 is "yes", then answer Question No. 3.

**QUESTION NO. 3:** Was Plaintiff Toshihiro Takahashi contributorily negligent as alleged by Defendant Maeda Pacific Corporation?

Answer "Yes" or "No".

Answer:  Yes ✓   No ____

If your answer to Question No. 3 is "no", do not answer Question Nos. 4 and 5. Instead, proceed directly to Question No. 6.

If your answer to Question No. 3 is "yes", then answer Question No. 4.

**QUESTION NO. 4:** Was the contributory negligence of Plaintiff Toshihiro Takahashi a proximate cause of his injury?

Answer "Yes" or "No".

Answer:  Yes ✓   No ____

If your answer to Question No. 4 is "no", do not answer Question No. 5. Instead, proceed directly to Question No. 6.

If your answer to Question No. 4 is "yes", then answer Question No. 5.

**QUESTION NO. 5:** What percentage of 100% is due to the negligence of the Defendant Maeda Pacific Corporation and what percentage of this 100% is due to the contributory negligence of the Plaintiff Toshihiro Takahashi? Your answer to both Plaintiff and Defendant must total 100%.

Answer:   Negligence of Defendant    78.75 %
          Negligence of Plaintiff    21.25 %
                          TOTAL:      100  %

QUESTION NO. 6: Without taking into consideration the reduction of damages due to the contributory negligence of the Plaintiff, if any, what do you find to be the total amount of damages, including economic and non-economic damages, if any, suffered by the Plaintiff caused by the accident involved herein?

Answer:  (a) Economic Damages     $ 395.88
         (b) Non-Economic Damages $ 200,750.00
                          TOTAL:  $ 201,145.88

_6/21/06_  
DATE

_Antonia Leon Bueno Reyes_  
FOREPERSON