Case 1:05-cv-00026   Document 160   Filed 06/21/2006   Page 1 of 2

FILED
Clerk
District Court

JUN 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

***

CV-05-0026                                                        June 21, 2006
                                                                  9:00 a.m.

### TOSHIHIRO TAKAHASHI -vs- MAEDA PACIFIC CORPORATION

PRESENT:         Hon. David A. Wsieman, DesignatedJudge Presiding
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Court Deputy
                 Victorino Torres, Attorney for Plaintiff
                 John Osborn, Attorney for Defendants
                 Steve Carrara, Attorney for Defendants

PROCEEDINGS:     JURY TRIAL - Day Eight (Deliberation/VERDICT)

At 9:00 a.m. all jurors were present and began deliberation.

At 11:30 a.m. jurors were escorted to lunch by the U.S. Marshal and returned to continue deliberation at 12:45 p.m.

At 3:10 p.m. a note was received from the jury. All parties were called to come to the Court.

At 4:15 p.m. Court reconvened and jurors were brought into the Courtroom. The jury foreperson informed the Court that the jury had reached a verdict.

The verdict was read and recorded as follows: "*In the United States District court for the Northern Mariana Islands in Civil Case 05-0026, Toshihiro Takahashi -vs- Maeda Pacific Corporation. Verdict. We, the jury in the above entitled action, find the following special verdict on the questions submitted to us by preponderance of the evidence: Question No. 1: Was the Defendant Maeda Pacific Corporation negligent as alleged by Plaintiff Toshihiro Takahashi? Answer: YES. Questions No. 2: Was Defendant Maeda Pacific Corporation's negligence a proximate cause of Plaintiff's injury? Answer: YES. Question No. 3: Was Plaintiff Toshihiro Takahashi contributorily negligent as alleged by Defendant Maeda Pacific Corporation? Answer: YES. Questions No. 4: Was the contributory negligence of Plaintiff Toshihiro Takahashi a proximate casue of his injury? Answer: YES. Question No. 5: What percentage of 100% is due to the negligence of the Defendant Maeda Pacific Corporation and what percentage of this 100% is due to the contributory negligence of the Plaintiff Toshihiro Takahashi? Your answer to both Plaintiff and Defendant must total 100%. Answer: Negligence of Defndant 78.75%. Negligence of Plaintiff 21.25%. Total 100%. Question No. 6: Without taking into consideration the*

*reduction of damages due to the contributory negligence of the Plaintiff, if any, what do you find to be the total amount of damages, including economic and non-economic damage, if any, suffered by the Plaintiff caused by the accident involved herein? Answer: Economic Damages $395.88; Non-Economic Damages $200,750.00; Total $201,145.88. Signed by the jury foreperson and signed on today's date."*

Court thanked the Jury for their services and they were excused.

Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy