FILED
Clerk
District Court

JUN 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>Defendant. | Case No. CV-05-0026<br><br>**JUDGMENT** |

**THIS MATTER** came before the court for a trial by jury on June 12, 2006.

The jury having rendered a special verdict in favor of Plaintiff on his claim for negligence; it is now, therefore, **ORDERED AND ADJUDGED** that, according to the findings of the jury and relative negligence of each party, Plaintiff Toshihiro Takahashi recover from Defendant Maeda Pacific Corporation in the amount of $158,402.38 for negligence.

An order for costs will be entered separately.

**DATED** this 22nd day of June, 2006.

_____
David A. Wiseman
Judge