FILED
Clerk
District Court

JUN 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TOSHIHIRO TAKAHASHI,<br><br>Plaintiff,<br><br>vs.<br><br>MAEDA PACIFIC CORPORATION,<br><br>Defendant. | Case No. CV-05-0026<br><br>**ORDER FOR COSTS** |

Plaintiff, as the prevailing party, shall recover costs of suit pursuant to 28 U.S.C. § 1920.

**DATED** this 23rd day of June, 2006.

_____
Alex R. Munson
Judge