**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **TOSHIHIRO TAKAHASHI,** | ] | CIVIL ACTION NO.: CV 05-0026 |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | NOTICE OF TRANSCRIPT |
| | ] | COMPLETION |
| **MAEDA PACIFIC CORPORATION,** | ] | |
| | ] | |
| Defendant. | ] | |

F I L E D
Clerk
District Court

JUL 1 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| Mr. John D. Osborn, Esq. | Mr. Victorino DLG. Torres, Esq. | Mr. James Livingstone, Esq. |
| Carlsmith Ball LLP | Torres Brothers and Flores, LLC | Office of the Attorney General |
| Carlsmith Building, Capitol Hill | Bank of Guam Bldg., 3rd Floor | Honorable Juan A. Sablan Memorial Bldg. |
| P.O. Box 5241 | P.O. Box 501856 | Caller Box 10007 |
| Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 |

**PLEASE TAKE NOTICE** that the **Transcripts of Deposition of Mr. Keith Ada and Dr. Christine Brown** taken on May 24, 2006, in the above entitled and numbered action is in the custody of Lawyers' Services, 3rd Floor, Nauru Building, Susupe.

DATED this **17th** day of **July, 2006**.

*[signature]*

**MaryAnn D. Calvo**
**LAWYERS' SERVICES**
3rd Floor, Nauru Bldg., P.O. Box 501902
Saipan, MP 96950 Tel: (670) 234-COPY/235-LINK
Fax: (670) 234-0436