IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| TOSHIHIRO TAKAHASHI, | ) | CIVIL CASE NO. 05-0026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| MAEDA PACIFIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Victorino Dlg. Torres
Attorney for Plaintiff
P.O. Box 501856 CK
Saipan, MP 96950

John D. Osborn
Attorney for Defendant
P.O. Box 5241
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   1st day of   August , 2006

GALO L. PEREZ, Clerk of Court

By: Ignacio C. Benavente
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| Toshihiro Takahashi -vs- Maeda Pacific Corporation | | **District Court:** Northern Mariana Islands |
| **Plaintiff's Attorneys:**<br>Victorino Torres, Esq.<br>James Livingstone, Esq. | **Defendant's Attorneys:**<br>John Osborn, Esq.<br>Steve Carrara, Esq. | **Docket Number:** CV-05-0026<br>**Trial Date(s):** June 12, 2006 to June 19, 2006 |
| **Presiding Judge**<br>Alex R. Munson | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>Lynn Lemieux |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 06/12/06 | | | RODNEY JACOB |
| 61-A | | 06/12/06 | 06/12/06 | 06/12/06 | Deposition of Rodney Jacob |
| W2 | | 06/12/06 | | | ENRIQUE TABANDA |
| 61 | | 06/12/06 | 06/12/06 | 06/12/06 | Picture of Eastward View of Coral Avenue in front of Remington's Club |
| 61-B | | 06/12/06 | 06/12/06 | 06/12/06 | Photo - showing witnesses drawing of barrier |
| | F | 06/12/06 | 06/12/06 | 06/12/06 | Photo |
| W3 | | 06/12/06 | | | LINUS MIZUTANI |
| 41 | | 06/12/06 | 06/12/06 | 06/12/06 | Picture of northward view of sidewalk in front of Remington's Club |
| 43 | | 06/12/06 | 06/12/06 | 06/12/06 | Picture of right leg of Plaintiff, March 18, 2005 |
| | N | 06/12/06 | 06/12/06 | 06/12/06 | Remington's Parking Area |
| 61-C | | 06/12/06 | 06/12/06 | 06/12/06 | Photo |
| W4 | | 06/12/06 | | | DEXTER MACARANAS |
| W5 | | 06/13/06 | | | WEI DONG JI |
| 60 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of two pipes, March 18, 2005 |
| 52 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of eastward view of sidewalk in front of Remington's |
| 45 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff, March 18, 2005 |
| 42 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of right shoulder of Plaintiff, March 18, 2005 |
| 46 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right leg |
| 47 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right hand |
| 51 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right leg |
| 53 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of southward view of sidewalk in front of Remington's |
| 55 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right shoulder |
| 59 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of two pipes, April 13, 2005 |
| 38 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of sidewalk in front of Remington's |
| 44 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of right leg of Plaintiff and metal pipe, March 18, 2005 |
| 48 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's hands, April 15, 2005 |
| 50 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's hands, May 28, 2005 |
| 56 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right hand with bandage, May 28, 2005 |
| W6 | | 06/13/06 | | | MURAYAMA NOBUHIRO |
| | P | 06/13/06 | 06/13/06 | 06/13/06 | Photo |
| W7 | | 06/13/06 | | | FERNANDO TOMBOC |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 11 | | 06/13/06 | 06/13/06 | 06/13/06 | Construction Contract |
| 63-A | | 06/13/06 | 06/13/06 | 06/13/06 | Photo taken on December 29, 2004 |
| 63 | | 06/13/06 | 06/13/06 | 06/13/06 | Photo |
| | O | 06/13/06 | 06/13/06 | 06/13/06 | Photo in front of Remington's Club taken in February 2005 |
| W8 | | 06/13/06 | | | THOMAS NIELSON |
| 64 | | 06/13/06 | 06/13/06 | 06/13/06 | (Interrogatory #8 and Response only). |
| 61-D | | 06/14/06 | 06/14/06 | 06/14/06 | Photo with drawing by witness Nielson |
| 63-B | | 06/14/06 | 06/14/06 | 06/14/06 | Photo |
| 63-C | | 06/14/06 | 06/14/06 | 06/14/06 | Photo |
| 63-D | | 06/14/06 | 06/14/06 | 06/14/06 | Photo |
| 66 | | 06/14/06 | 06/14/06 | 06/14/06 | Request for Production of Documents |
| W9 | | 06/14/06 | | | TOSHIRO TAKAHASHI (Plaintiff) |
| 9 | | 06/14/06 | 06/14/06 | 06/14/06 | Receipt for a medical machine purchased by Plaintiff |
| 6 | | 06/14/06 | 06/14/06 | 06/14/06 | Receipt from Saipan Health Clinic |
| 8 | | 06/14/06 | 06/14/06 | 06/14/06 | Report from Medical Associates of the Pacific - Dr. Ada |
| | A | 06/14/06 | 06/14/06 | | Receipt and reports from Pacific Medical Center (replaced by Ex. AA) |
| | Q | 06/15/06 | 06/15/06 | 06/15/06 | Annual Report of Marianas Sunrise |
| | Q-1 | 06/15/06 | 06/15/06 | 06/15/06 | Annual Report of Marianas Sunrise |
| | S-1 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-2 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-3 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-4 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-8 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-9 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-10 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-11 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-12 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-13 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-14 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-15 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-16 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-17 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-18 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-19 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-20 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-21 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-22 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-23 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | S-24 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-25 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-26 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-27 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-28 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-29 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | T | 06/15/06 | 06/15/06 | 06/15/06 | Photo |
| 41-A | | 06/15/06 | 06/15/06 | 06/15/06 | Photo of Takahashi's drawing of where the ladder was located on the pole. |
| | V-1 | 06/15/06 | 06/15/06 | 06/15/06 | Takahashi's Zorries |
| | V-2 | 06/15/06 | 06/15/06 | 06/15/06 | Takahashi's Zorries |
| | U-1 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
| | U-2 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
| | U-3 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
| | U-4 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
| | U-5 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
| | U-6 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
| | U-7 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
| | U-8 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
| | W | 06/15/06 | 06/15/06 | 06/16/06 | Interrogatory of Takahashi signed on November 17, 2005 |
| | X | 06/15/06 | 06/15/06 | 06/15/06 | Photo |
| W10 | | 06/15/06 | | | DR. H. CHRISTINE BROWN |
| 68 | | 06/16/06 | 06/16/06 | 06/16/06 | Summary of Dr.'s visits |
| 67 | | 06/16/06 | 06/16/06 | 06/16/06 | Exchange Rate Listing |
| | W | 06/16/06 | | | MURAYAMA NOBUHIRO |
| | W 2 | 06/16/06 | | | SHINJI YOKOTA |
| | Y | 06/16/06 | 06/16/06 | 06/16/06 | Photo with markings by witness Yokotoa |
| | P-1 | 06/16/06 | 06/16/06 | 06/16/06 | Photo with markings indicating location of ladder; by witness Yokota |
| | W 3 | 06/16/06 | | | KEITH ADA |
| | Z | 06/16/06 | 06/16/06 | 06/16/06 | Photo |
| | W 4 | 06/16/06 | | | ALEX CADAG |
| | W 5 | 06/16/06 | | | THOMAS NIELSON |
| | W 6 | 06/16/06 | | | DR AL ALOU (Interrogatories read by Attorney Steve Carrara) |
| | AA | 06/16/06 | 06/16/06 | 06/16/06 | Exhibits from written deposition of Dr. Al Alou |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.