F I L E D
Clerk
District Court

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

OCT - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| TOSHIHIRO TAKAHASHI, | ) | CIVIL CASE NO. 05-0026 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| MAEDA PACIFIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this _3rd_ day of _October_, 2006.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| Toshihiro Takahashi -vs- Maeda Pacific Corporation | | **District Court:** Northern Mariana Islands |
| **Plaintiff's Attorneys:**<br>Victorino Torres, Esq.<br>James Livingstone, Esq. | **Defendant's Attorneys:**<br>John Osborn, Esq.<br>Steve Carrara, Esq. | **Docket Number:** CV-05-0026<br>**Trial Date(s):** June 12, 2006 to June 19, 2006 |
| **Presiding Judge**<br>Alex R. Munson | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>Lynn Lemieux |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 06/12/06 | | | RODNEY JACOB |
| 61-A | | 06/12/06 | 06/12/06 | 06/12/06 | Deposition of Rodney Jacob |
| W2 | | 06/12/06 | | | ENRIQUE TABANDA |
| 61 | | 06/12/06 | 06/12/06 | 06/12/06 | Picture of Eastward View of Coral Avenue in front of Remington's Club |
| 61-B | | 06/12/06 | 06/12/06 | 06/12/06 | Photo - showing witnesses drawing of barrier |
| | F | 06/12/06 | 06/12/06 | 06/12/06 | Photo |
| W3 | | 06/12/06 | | | LINUS MIZUTANI |
| 41 | | 06/12/06 | 06/12/06 | 06/12/06 | Picture of northward view of sidewalk in front of Remington's Club |
| 43 | | 06/12/06 | 06/12/06 | 06/12/06 | Picture of right leg of Plaintiff, March 18, 2005 |
| | N | 06/12/06 | 06/12/06 | 06/12/06 | Remington's Parking Area |
| 61-C | | 06/12/06 | 06/12/06 | 06/12/06 | Photo |
| | | 06/12/06 | | | DEXTER MACARANAS |
| W5 | | 06/13/06 | | | WEI DONG JI |
| 60 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of two pipes, March 18, 2005 |
| 52 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of eastward view of sidewalk in front of Remington's |
| 45 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff, March 18, 2005 |
| 42 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of right shoulder of Plaintiff, March 18, 2005 |
| 46 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right leg |
| 47 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right hand |
| 51 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right leg |
| 53 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of southward view of sidewalk in front of Remington's |
| 55 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right shoulder |
| 59 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of two pipes, April 13, 2005 |
| 38 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of sidewalk in front of Remington's |
| 44 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of right leg of Plaintiff and metal pipe, March 18, 2005 |
| 48 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's hands, April 15, 2005 |
| 50 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's hands, May 28, 2005 |
| 56 | | 06/13/06 | 06/13/06 | 06/13/06 | Picture of Plaintiff's right hand with bandage, May 28, 2005 |
| W6 | | 06/13/06 | | | MURAYAMA NOBUHIRO |
| | P | 06/13/06 | 06/13/06 | 06/13/06 | Photo |
| W7 | | 06/13/06 | | | FERNANDO TOMBOC |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 11 | | 06/13/06 | 06/13/06 | 06/13/06 | Construction Contract |
| 63-A | | 06/13/06 | 06/13/06 | 06/13/06 | Photo taken on December 29, 2004 |
| 63 | | 06/13/06 | 06/13/06 | 06/13/06 | Photo |
| | O | 06/13/06 | 06/13/06 | 06/13/06 | Photo in front of Remington's Club taken in February 2005 |
| W8 | | 06/13/06 | | | THOMAS NIELSON |
| 64 | | 06/13/06 | 06/13/06 | 06/13/06 | (Interrogatory #8 and Response only). |
| 61-D | | 06/14/06 | 06/14/06 | 06/14/06 | Photo with drawing by witness Nielson |
| 63-B | | 06/14/06 | 06/14/06 | 06/14/06 | Photo |
| 63-C | | 06/14/06 | 06/14/06 | 06/14/06 | Photo |
| 63-D | | 06/14/06 | 06/14/06 | 06/14/06 | Photo |
| 66 | | 06/14/06 | 06/14/06 | 06/14/06 | Request for Production of Documents |
| W9 | | 06/14/06 | | | TOSHIRO TAKAHASHI (Plaintiff) |
| 9 | | 06/14/06 | 06/14/06 | 06/14/06 | Receipt for a medical machine purchased by Plaintiff |
| 6 | | 06/14/06 | 06/14/06 | 06/14/06 | Receipt from Saipan Health Clinic |
| 8 | | 06/14/06 | 06/14/06 | 06/14/06 | Report from Medical Associates of the Pacific - Dr. Ada |
| | A | 06/14/06 | 06/14/06 | | Receipt and reports from Pacific Medical Center (replaced by Ex. AA) |
| | Q | 06/15/06 | 06/15/06 | 06/15/06 | Annual Report of Marianas Sunrise |
| | Q-1 | 06/15/06 | 06/15/06 | 06/15/06 | Annual Report of Marianas Sunrise |
| | S-1 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-2 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-3 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-4 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-8 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-9 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-10 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-11 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-12 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-13 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-14 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-15 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-16 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-17 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-18 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-19 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-20 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-21 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-22 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
| | S-23 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | S-24 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-25 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-26 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-27 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-28 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | S-29 | 06/15/06 | 06/15/06 | 06/15/06 | Payroll Check written to Takahashi |
|  | T | 06/15/06 | 06/15/06 | 06/15/06 | Photo |
| 41-A |  | 06/15/06 | 06/15/06 | 06/15/06 | Photo of Takahashi's drawing of where the ladder was located on the pole. |
|  | V-1 | 06/15/06 | 06/15/06 | 06/15/06 | Takahashi's Zorries |
|  | V-2 | 06/15/06 | 06/15/06 | 06/15/06 | Takahashi's Zorries |
|  | U-1 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-2 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-3 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-4 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-5 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-6 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-7 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | U-8 | 06/15/06 | 06/15/06 | 06/16/06 | Check to Milne for Rent |
|  | W | 06/15/06 | 06/15/06 | 06/16/06 | Interrogatory of Takahashi signed on November 17, 2005 |
|  | X | 06/15/06 | 06/15/06 | 06/15/06 | Photo |
| W10 |  | 06/15/06 |  |  | DR. H. CHRISTINE BROWN |
| 68 |  | 06/16//06 | 06/16/06 | 06/16/06 | Summary of Dr.'s visits |
| 67 |  | 06/16/06 | 06/16/06 | 06/16/06 | Exchange Rate Listing |
|  | W 1 | 06/16/06 |  |  | MURAYAMA NOBUHIRO |
|  | W 2 | 06/16/06 |  |  | SHINJI YOKOTA |
|  | Y | 06/16/06 | 06/16/06 | 06/16/06 | Photo with markings by witness Yokotoa |
|  | P-1 | 06/16/06 | 06/16/06 | 06/16/06 | Photo with markings indicating location of ladder; by witness Yokota |
|  | W 3 | 06/16/06 |  |  | KEITH ADA |
|  | Z | 06/16/06 | 06/16/06 | 06/16/06 | Photo |
|  | W 4 | 06/16/06 |  |  | ALEX CADAG |
|  | W 5 | 06/16/06 |  |  | THOMAS NIELSON |
|  | W 6 | 06/16/06 |  |  | DR. AL ALOU (Interrogatories read by Attorney Steve Carrara) |
|  | AA | 06/16/06 | 06/16/06 | 06/16/06 | Exhibits from written deposition of Dr. Al Alou |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.